DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
JACOB T. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
bvolkmer@wsgr.com

*Attorneys for Defendant Dropbox, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA KAIROFF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>Defendant. | Case No. 11-cv-02508-JCS<br><br>**STIPULATION EXTENDING DEFENDANT DROPBOX, INC.'S TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT** |

1    Pursuant to Northern District of California Civil Local Rule 6-1(a), Defendant Dropbox,
2 Inc. ("Dropbox") and Plaintiff Joshua Kairoff jointly submit the following Stipulation Extending
3 Dropbox's Time to Move, Plead, or Otherwise Respond to the Complaint.
4    1.    The undersigned parties agree and stipulate that Dropbox's deadline to
5 move, plead, or otherwise respond to the Complaint shall be July 18, 2011.

7 DATED: June 9, 2011                    Respectfully submitted,

8                                        WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

10                                       By: /s/ Bart E. Volkmer
                                              Bart E. Volkmer

                                         *Attorneys for Defendant Dropbox, Inc.*

13                                       PEARSON, SIMON, WARSHAW & PENNY, LLP

                                         By: /s/ Daniel L. Warshaw
15                                            Daniel L. Warshaw

16                                       *Attorneys for Plaintiff Joshua Kairoff*

18  Dated: June 10, 2011

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

## ECF CERTIFICATION

I, Bart E. Volkmer, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING DROPBOX INC.'S TIME TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT. I hereby attest that Daniel L. Warshaw concurred in this filing.

DATED: June 9, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Bart E. Volkmer
      Bart E. Volkmer

*Attorneys for Defendant Dropbox, Inc.*