LAW OFFICES

## PEARSON, SIMON, WARSHAW & PENNY, LLP

15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
FAX (818) 788-8104
WWW.PSWPLAW.COM

SAN FRANCISCO OFFICE
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008

WRITER'S DIRECT CONTACT
(818) 205-2805
DWARSHAW@PSWPLAW.COM

June 17, 2011

## VIA HAND DELIVERY & ELECTRONIC CASE FILING

Hon. Phyllis J. Hamilton, Judge
United States District Court
Northern Dist of California, Oakland Courthouse
1301 Clay Street
Courtroom 3, Third Floor
Oakland, CA 94612

Re:   Joshua Kairoff v. Dropbox, Inc.
     Case No.:          CV 11-02508-PJH
     Our File No.:     5338-00001

Your Honor:

Plaintiff Joshua Kairoff hereby withdraws his motion for appointment of interim co-lead counsel (Docket No. 11), which was originally set to be heard before Magistrate Spero. In light of the reassignment to Your Honor, plaintiff will refile the motion in its entirety forthwith.

Very truly yours,

PEARSON, SIMON, WARSHAW & PENNY, LLP

DANIEL L. WARSHAW

DLW/nmh

cc:   All Counsel (via ECF)

828079.1