DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES J. PIZZIRUSSO (pro hac vice)
    jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC  20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

Attorneys for Plaintiff Joshua Kairoff and All
Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSHUA KAIROFF, on Behalf of Himself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>             Defendant. | CASE NO. CV 11-02508 PJH<br><br>**DECLARATION OF JAMES J. PIZZIRUSSO IN SUPPORT OF PLAINTIFF JOSHUA KAIROFF'S MOTION FOR CONSOLIDATION OF CASES AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL**<br><br>Date:      August 10, 2011<br>Time:     9:00 a.m.<br>Crtrm.:   3, 3rd Floor<br><br>The Honorable Phyllis J. Hamilton<br><br>Trial Date:              None |

I, James J. Pizzirusso, declare as follows:

1.     I am a partner with Hausfeld LLP, counsel of record for Plaintiff Joshua Kairoff.  I am a member in good standing of the bars of the State of Virginia and the District of Columbia.  I submit this declaration in support of Plaintiff's motion for an order appointing Hausfeld LLP ("Hausfeld") and Pearson, Simon, Warshaw and Penny, LLP ("PSWP") as interim Co-Lead Class Counsel.  I have personal knowledge of the facts stated herein and, if called to do so, could and would testify competently thereto.

2.     On Joshua Kairoff's behalf, and on behalf of all others similarly situated, my firm (Hausfeld) filed this class action lawsuit against Dropbox, Inc. on May 23, 2011, along with PSWP.

3.     Hausfeld is an international law firm with offices in Washington, D.C.; San Francisco; Philadelphia; and London, and affiliated offices in Europe and Asia.  Hausfeld's practice focuses primarily on complex and class action litigation involving antitrust, product liability, consumer, employment, financial, securities, environmental, and personal injury matters.  Attached hereto as Exhibit "A" is a true and correct copy of Hausfeld's current firm resumé, detailing some of the firm's experience in complex and class action litigation.  This resumé is not a complete listing of all cases in which attorneys at Hausfeld have been Class Counsel or otherwise counsel of record.

4.     Hausfeld attorneys have extensive experience in the litigation, trial, and settlement of complex class action cases.  Hausfeld's attorneys have served in leadership positions in hundreds of class actions over the last thirty years, including consumer fraud actions such as that herein.  Hausfeld currently serves as Lead or Co-Lead Counsel in thirty five class actions, including five other cases pending in this District:

- *In Re Sony PS 3 "Other OS" Litigation*, Case No. C 10-1811 RS (N.D. Cal.)
- *Wolph v. Acer America Corp.*, --- F.R.D. ----, 2011 WL 1110754 (N.D. Cal. March 25, 2011)
- *In re Transpacific Passenger Air Transport Antitrust Litigation*, 3:07-cv-05634 (N.D. Cal.)
- *In re International Air Passenger Surcharge Antitrust Litigation*,

M:06-cv-01793 (N.D. Cal.)

● *Ross v. Trex Co., Inc.*, No. 5:09-CV-00670 (N.D. Cal.)

And the following three cases in other district courts in California:

● *In re Endosurgical Products Direct Purchaser Antitrust Litigation*, No. SACV 05-8809 JVS (MLGx) (C.D. Cal.)

● *In re Automotive Aftermarket Lighting Products Antitrust Litigation*, No. 09-ML-2007-GW (PJW) (C.D. Cal.)

● *Bruce Foods Corp. v. SK Foods, LP* ("Processed Tomatoes"), 2:09-cv-00027-MCE-EFB (E.D. Cal.)

5.      Hausfeld has been recognized by various courts in California, and elsewhere, for its efforts in litigating and settling class actions on behalf of plaintiffs.  In *Air Passenger*, Hausfeld was praised by District Judge Charles R. Breyer of the Northern District of California for its efforts in achieving "really, an outstanding settlement in which a group of lawyers from two firms coordinated the work . . . and brought an enormous expertise and then experience in dealing with the case."  The Court also stated that the firm's lawyers are "more than competent.  They are outstanding."

6.      In *Four In One Company, Inc. v. SK Foods*, 08-cv-03017, 2009 WL 747160 (E.D. Cal., March 20, 2009), District Judge Morrison C. England, Jr. of the Eastern District of California praised the Hausfeld firm for having "the breadth of experience, resources and talent necessary to navigate a case of this import."  In that case, as here, several firms were seeking appointment as interim lead counsel.  The court held that "[a]lthough there [was] no question that the other firms proposed as co-lead counsel are also well qualified," Hausfeld and one other firm "st[ood] out from the rest," leading the court to appoint Hausfeld and the other firm as Interim Co-Lead Counsel.  *Id*. at *3.

7.      Other representative class actions where Hausfeld attorneys served as Lead Counsel and achieved successful results include:

● *Holocaust Litigation*
In the historic Swiss Banks litigation, Michael Hausfeld served, pro bono, as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry, and art treasures. Michael Hausfeld obtained a $1.25 billion settlement. See In re

1   Holocaust Victim Assets Litig., Case No. CV 96-4849 (ERK) (MDG).  He was also
2   a lead counsel in litigation by survivors of World War II-era forced and slave labor
against the German companies that profited from using the labor of concentration
camp inmates.  This litigation, which resulted in an unprecedented settlement of
3   $5.2 billion for approximately two million claimants, was resolved by multinational
negotiations involving the defendants, plaintiffs' counsel, and the governments of
4   several countries.

5   ● *In re The Exxon Valdez Litigation*, No. A89-095 Civ. (D. Ak.).
Michael Hausfeld was selected from dozens of attorneys around the country by
6   federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the
largest environmental case in United States history that resulted in a jury verdict of
7   more than $5 billion (reversed and remanded; further proceedings pending).

8   ● *In re Diet Drug Litigation* (Fen-Phen), MDL No. 1203 (E.D. Pa.).
As a member of the Plaintiffs' Management Committee and Sub-Class Counsel,
9   Richard Lewis played a major part in the success of the Fen-Phen diet drug
litigation and settlement.  Richard Lewis and other plaintiffs' counsel achieved one
10  of the largest settlements ever obtained in a mass tort case – $3.75 billion – on
behalf of millions of U.S. consumers who used diet drugs that are associated with
11  heart valve damage.

12  ● *In re StarLink Corn Products Liability Litigation*, MDL No. 1403. (N.D. Ill.).
Richard Lewis was co-lead counsel and successfully represented U.S. corn farmers
13  in a national class action against Aventis CropScience USA Holding and Garst
Seed Company, the manufacturer and primary distributor of StarLink corn seeds.
14  StarLink is a genetically modified corn variety that the United States government
permitted for sale as animal feed and for industrial purposes, but never approved
15  for human consumption.  However, StarLink was found in corn products sold in
grocery stores across the country and was traced to widespread contamination of
16  the U.S. commodity corn supply.  The settlement, which provided more than $110
million for U.S. corn farmers, was the first successful resolution of tort claims
17  brought by farmers against the manufacturers of genetically modified seeds.

18  ● *Roberts v. Texaco, Inc.*, 94-Civ. 2015 (S.D.N.Y.).
Michael Hausfeld represented a class of African-American employees in this
19  landmark litigation that resulted in the then-largest race discrimination settlement
in history ($176 million in cash, salary increases and equitable relief).

20
● *In re International Air Transportation Surcharge Antitrust Litig.*,
21  ("*Air Passenger*"), Case No. M:06-cv-01793-CRB, MDL No. 1793 (N.D. Cal.).
Hausfeld was appointed by the Hon. Charles R. Breyer as Interim Co-Lead Counsel
22  on behalf of thousands of air travellers around the world against British Airways
and Virgin Atlantic Airways for fixing prices of air passenger transportation to and
23  from the UK to all long-haul destinations in the world.  This matter settled in 2009
for approximately $190 million.

24
● *Ross v. Trex Co., Inc.*, No. C 09-670 JF (PVT) (N.D.Cal.).
25  Hausfeld is one of the Class Counsel in this matter where the Hon. Jeremy Fogel
approved a nationwide settlement providing for replacement of defective decking
26  products as well as cash labor payments.

27  ● *In Re: Rubber Chemicals Antitrust Litig.*, Master Docket No. C-03-1496 (N.D.
Cal.).
28  In 2006, in this matter before the Hon. Martin J. Jenkins, Hausfeld lawyers, serving

DECLARATION OF JAMES J. PIZZIRUSSO IN SUPPORT OF PLAINTIFF JOSHUA KAIROFF'S MOTION
FOR CONSOLIDATION OF CASES AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL

as Co-Lead Counsel, settled the direct purchaser class's global price-fixing claims with defendants Flexsys N.V., Flexsys America L.P., Akzo Nobel Chemicals International B.V., Akzo Nobel Chemicals, Inc., Crompton (now Chemtura) and Bayer for more than $300 million.

● *Pelletz v. Weyerhaeuser Co.*, 255 F.R.D. 537 (W.D. Wa. 2009) ("*ChoiceDek*"). Hausfeld served as one of the Class Counsel in a nationwide class action settlement involving defective decking consisting of approximately 140,000 consumers. The settlement provided free deck cleanings and, if mold returned, replacement product for affected consumers. The total value of the settlement is estimated to be between $25 and $50 million.

● *In re Transpacific Passenger Air Transport Antitrust Litig.*, 3:07-cv-05634 (N.D. Cal.).
In 2009, Hausfeld was appointed by the Hon. Charles R. Breyer as Interim Co-Lead Counsel for a putative class of direct purchaser plaintiffs in this antitrust class action alleging a conspiracy by airlines to fix the prices of passenger fares and/or fuel surcharges for trans-Pacific air passenger transportation services to and from the United States in violation of the federal Sherman Act. The Court recently denied most of the Motions to Dismiss in the case.

● *In re Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.).
Hausfeld lawyers served as co-lead counsel for two certified classes of businesses that directly purchased bulk vitamins and were overcharged as a result of a ten-year global price-fixing and market allocation cartel. Chief Judge Hogan approved eight major settlements between certain vitamin defendants and the Class Plaintiffs, including a landmark partial settlement of $1.1 billion. In a later trial before Chief Judge Hogan concerning unsettled, a federal jury in Washington unanimously found the remaining defendants liable for participating in the cartel and ordered them to pay approximately $50 million which was trebled to $150 million under the federal antitrust laws.

8.      I, along with my partner Michael P. Lehmann, are the lead attorneys from Hausfeld in the instant litigation. I graduated from The George Washington University School of Law in Washington, DC in May 2001. I have extensive experience litigating class actions on behalf of consumers and I have spent my entire legal career representing plaintiffs in class action cases. In the past two years, I have served as Co-Lead or Class Counsel in 4 major nationwide class actions that have settled involving approximately $75-$100 million in cash and other relief including: *Radosti v. Envision EMI, LLC*, --- F.Supp.2d ----, 2011 WL 159662 (D.D.C. January 19, 2011) (granting nationwide class certification and approving class settlement regarding misrepresented inauguration program); *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*, 1:08-md-01982-RDB, 2010 WL 1924012 (D.Md. May 11, 2010) (granting nationwide class certification and approving class settlement over falsely labeled chicken products); *Ross v.*

1   *Trex Co., Inc.*, No. 5:09-CV-00670, 2009 WL 2365865 (N.D.Cal. July 30, 2009) (granting

2   nationwide class certification and preliminarily approving class settlement, later finally approved,

3   involving defective decking products); *Pelletz v. Weyerhaeuser Co.*, 255 F.R.D. 537 (W.D.Wash.

4   2009) (granting nationwide class certification and approving settlement regarding defective

5   decking products).

6       9.      Michael P. Lehmann, the head of Hausfeld's San Francisco office, has 33 years of

7   experience in complex and class action litigation, with a practice that has ranged from class action

8   litigation, to business litigation on behalf of individual clients, to extensive regulatory work before

9   federal, state, and international bodies, to domestic and international arbitration.  Prior to joining

10  Hausfeld, Mr. Lehmann had worked at what became Furth Lehmann LLP, where he eventually

11  served as Managing Partner.  In recent years, he has served as co-lead counsel in numerous class

12  action cases, including in this District, in numerous state court actions in California, and in various

13  national class actions around the country.  Mr. Lehmann played a major role in a number of the

14  most important recent multidistrict class actions, including: *In re International Air Transport*

15  *Surcharge Antitrust Litig.*, MDL No. 1793 (N.D. Cal.) ("Air Passenger"); *In re Transpacific*

16  *Passenger Air Transportation Antitrust Litig.*, MDL No. 1913 (N.D. Cal.); *In re Municipal*

17  *Derivatives Antitrust Litig.*, MDL No. 1950 (S.D.N.Y.); *In re Publication Paper Antitrust Litig.*,

18  MDL No. 1631 (D. Conn.); *In re High Pressure Laminates Antitrust Litig.*, MDL No. 1368

19  (S.D.N.Y.), and *In re Graphics Processing Units Antitrust Litig.*, MDL No. 1826 (N.D. Cal.).

20      10.     I, along with PSWP, thoroughly investigated the factual and legal claims that have

21  been asserted in this action.  Hausfeld has the financial resources necessary to represent the Class,

22  and will commit the resources necessary to litigate this case vigorously to its conclusion.

23      11.     Hausfeld has demonstrated an ability to work efficiently and cooperatively with co-

24  counsel.  In the 35 class actions in which Hausfeld is currently a Lead Counsel, the firm has had to

25  work with and give voice to all interested parties.  By appointing Hausfeld as an interim Co-Lead

26  Counsel, the Court will be assured that Co-Lead Counsel have the knowledge and standing

27  necessary to include all interested parties and act upon consensus views, thereby minimizing

28  conflicts that can otherwise hamper complex, nationwide litigation such as this.

DECLARATION OF JAMES J. PIZZIRUSSO IN SUPPORT OF PLAINTIFF JOSHUA KAIROFF'S MOTION
FOR CONSOLIDATION OF CASES AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL

1      I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3      Executed on June 17, 2011, at Washington, District of Columbia.

4

5

6                                        James J. Pizzirusso (pro hac vice)

7                                      HAUSFELD LLP

8                                      1700 K Street NW, Suite 650

                                     Washington, DC 20006

9                                      Telephone: (202) 540-7200

                                     Facsimile: (202) 540-7201

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES J. PIZZIRUSSO IN SUPPORT OF PLAINTIFF JOSHUA KAIROFF'S MOTION
FOR CONSOLIDATION OF CASES AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL

# EXHIBIT "A"



202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

## HAUSFELD LLP FIRM RÉSUMÉ

Lawyers at Hausfeld LLP (the "Firm") have represented businesses and individuals for decades in many of the major class actions litigated in the United States and abroad in areas such as antitrust/competition, securities fraud, environmental contamination, consumer protection, civil rights and human rights.  Hausfeld LLP lawyers have been global leaders in developing numerous innovative legal theories that have expanded the quality and availability of legal recourse for aggrieved businesses and individuals in the United States and worldwide.  The Firm is based in Washington, D.C., with offices in Philadelphia, San Francisco, and London and affiliated offices in Europe, Asia, Latin America, Canada, and Australia.

Hausfeld LLP was founded by Chairperson Michael D. Hausfeld, who is widely acknowledged as one of the country's top civil litigators and a leading expert in the field of private enforcement of competition and antitrust laws and international human rights.  He has been referred to by The New York Times as one of the nation's "most prominent antitrust lawyers" and by Washingtonian magazine as "a Washington lawyer determined to change the world - and succeeding."  Led by Mr. Hausfeld, Hausfeld LLP lawyers have been at the forefront of the development of international human rights and antitrust theory and the litigation of such claims.  As the global economy has produced worldwide integrated markets, the nature of antitrust violations has caused worldwide integrated injuries.  For example, in *Kruman v. Christie's International PLC, et al.*, Docket No. 01-7309 (S.D.N.Y.) and *In re Vitamins Antitrust Litigation*, MDL 1285 (D.D.C.), both the parties and the anticompetitive actions were played out on an international stage.  From Native Alaskans to Holocaust survivors, to victims of Apartheid in South Africa, Hausfeld LLP lawyers have also provided access to justice to individuals around the world by ensuring that global wrongs have global rights and remedies.

## Key Cases

Hausfeld LLP and its attorneys have been appointed and are currently serving as Lead or Co-Lead Class Counsel and in other leadership capacities in 35 class action and mass tort cases:

### Antitrust
- *Ace Delivery & Moving, Inc. v. Horizon Lines, LLC* ("Alaskan Shipping"), 08-cv-00207 (D. Ak.)
- *In re Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y.)
- *In re Automotive Aftermarket Lighting Products Antitrust Litigation*, No. 09-ML-2007-GW (PJW) (C.D. Cal.)
- *Bruce Foods Corp. v. SK Foods, LP* ("Processed Tomatoes"), 2:09-cv-00027-MCE-EFB (E.D. Cal.)
- *In re Chocolate Confectionary Antitrust Litigation*, 08-mdl-1935 (M.D. Pa.)
- *In re Endosurgical Products Direct Purchaser Antitrust Litigation*, No. SACV 05-8809 JVS (MLGx) (C.D. Cal.)
- *Eller v. National Football League*, 11-CV–639 (D. Minn.)

**H**AUSFELD<small>LLP</small>

- *In re Ethylene Propylene* ("EPDM"), 3:03-md-01542-SRU (D. Conn.)
- *In re Flat Glass Antitrust Litigation*, 2:08-mc-00180 (E.D. Pa.)
- *In re Florida Cement and Concrete Antitrust Litigation*, 09-23187-CIV-ALTONAGA/Brown (S.D. Florida)
- *In re Fresh and Process Potatoes Antitrust Litigation,* 4:10-MD-2186-BLW (D. Id.)
- *In re Hydrogen Peroxide Antitrust Litigation*, 05-cv-666 (E.D. Pa.)
- *In re International Air Passenger Surcharge Antitrust Litigation*, M:06-cv-01793 (N.D. Cal.)
- *Kohlder Manufacturing Co., Inc. v. Kason Industries, Inc. et al*, No. 1:10-cv-01875-WSD (N.D. Ga.)
- *In re Methyl Methacrylate Antitrust Litigation* ("MMA"), 06-md-1768 (E.D. Pa.)
- *Molecular Diagnostics Labs. v. Hoffman-La Roche, Inc.* ("Taq"), 04-cv-01469 (D.D.C.)
- *In re Municipal Derivatives Antitrust Litigation*, 08-cv-2516 (S.D.N.Y.)
- *In Re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. C09-1967 VRW (N.D. Cal.)
- *In re Optical Disk Drive Antitrust Litigation*, No. 3:10-md-02143-VRW (N.D. Cal.)
- *In re OSB Antitrust Litigation*, No. 06-cv-826 (E.D. Pa.)
- *In re Polyurethane Foam Antitrust Litigation*, 1:10-md-02196-JZ (N.D. Ohio)
- *In re Pressure Sensitive Labelstock Antitrust Litigation*, MDL No. 1556 (M.D. Pa.)
- *In re Processed Egg Products Antitrust Litigation*, 2:08-cv-04653 (E.D. Pa.)
- *In re Rail Freight Fuel Surcharge Antitrust Litigation*,1:07-mc-00489-PLF-JMF (D.D.C.)
- *In re Transpacific Passenger Air Transport Antitrust Litigation*, 3:07-cv-05634 (N.D. Cal.)
- *In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.)
- *In re Vitamin C Antitrust Litigation*, No. 1:06-md-01738-DGT-JO (E.D.N.Y.)

**Consumer Protection**
- *Radosti, et al. v. Envision EMI, LLC*, 1:09-CV-00887-CKK (D.D.C.)
- *Ross v. Trex Co., Inc.*, No. 5:09-CV-00670 (N.D. Cal.)
- *Savett v. Sealy Corp.*, 1:11-CV-336 (M.D.N.C.)
- *In Re Sony PS3 "Other OS" Litigation*, CV-10-1811-RS (N.D. Cal.)
- *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*, 1:08-md-01982-RDB (D. Md.)
- *Wolph v. Acer America Corp.*, CV-09-01314-VRW (N.D. Cal.)

**Mass Tort**
- *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D. La.) (Of counsel to Plaintiffs' Steering Committee)
- *In re Prempro Products Liability Litigation*, 4:03-cv-01507-WRW (E.D. Ark.) (Plaintiffs' Steering Committee)

HAUSFELD LLP

**Notable Successes**

The recent successes of Hausfeld LLP lawyers also include the following highlights:

• Named in 2010 as one of the premier plaintiffs' firms by the National Law Journal's prestigious Plaintiffs' Hot List:

"Since its inception in 2008, 23-attorney Hausfeld has quickly positioned itself as a leader in antitrust and class action litigation. Washington-based Chairman Michael Hausfeld's firm has established new frontiers for plaintiffs' legal recovery, while pursuing global cartels and representing victims of apartheid. That case resulted in a groundbreaking ruling by the U.S. Court of Appeals for the 2d Circuit that aiding and abetting violations of international law are actionable under the Alien Tort Claims Act. The firm claims recoveries worth $300 million during the past 12 months."

• Hausfeld LLP has been listed by the US Legal 500 publication as one of the <u>top three</u> antitrust plaintiffs' firms in the country in 2011:

"Led by the renowned Michael Hausfeld, Hausfeld LLP has rapidly established itself at the plaintiff's bar since its inception in 2008, bringing to bear its '*crucial experience of the tactics which may be employed by both sides in litigation*'. The group has a dedicated focus on complex antitrust litigation and class actions, and 'provides creative advice to resolve issues'. In June 2010, the firm reached a $25m settlement with defendants Land O'Lakes, Moark and Norco Ranch in *In re Processed Egg Products Antitrust Litigation*. The firm had filed the first case in this action alleging a national conspiracy of supply reduction and price fixing in the egg industry. The firm also saw *In re Ethylene Propylene Diene Monomer* (EPDM) Antitrust Litigation through to successful settlement in 2010 after seven years, winning class certification on summary judgment in 2009 and the subsequent Second Circuit appeal in 2010. The case was finally settled six months before the trial began. The firm also has a London office through which it is pursuing action against an alleged global cartel. Andrew Bullion and Megan Jones are recommended for having a '*good understanding of business and operational environments*'."

• Hausfeld LLP also was listed by the US Legal 500 publication as one of the <u>top three</u> antitrust plaintiffs' firms in the country in 2010, as well:

"Hausfeld LLP brands as a global plaintiff representation firm, targeted at providing justice to both individuals and businesses, and antitrust litigation is one of five key areas of expertise.…[T]he firm has been appointed co-lead counsel in over 20 significant cases. The firm is headquartered in Washington DC, and also has offices in New York, Philadelphia, San Francisco and London. One client ranks the firm as '*the best I have ever worked with*'. Recent successes include two cases in the airline industry, firstly as co-lead counsel in the British Airways/Virgin Atlantic Fuel Surcharge Price-Fixing Cartel Case, which resulted in a $200m settlement for the aggrieved plaintiffs; the precedent-setting case allowed UK citizens equal footing with US citizens in US courts. The firm also acted as co-lead counsel in negotiating and agreeing a $85m court-approved settlement with Lufthansa in an air cargo shipping price-fixing cartel case; the action against other plaintiffs continues. Other significant work included taking a leading part include the "Chinese dry-wall" litigation, and an action on behalf of victims of the South African

HAUSFELD LLP

apartheid regime against multinational corporations which allegedly aided and abetted crimes against humanity… Recommended lawyers include the firm's founder, Washington DC-based Michael Hausfeld, an experienced veteran who is *'inventive and determined'*. Also in Washington DC, Brian Ratner is an *'engaging, highly competent professional who can simplify complex antitrust matters and make them comprehensible to a non-antitrust attorney'*, and Andrew Bullion, *'experienced, knowledgeable and easy to communicate with'*. In Philadelphia, Brent Landau is *'very professional and personable'*. "

- Hausfeld LLP was also listed by the US Legal 500 Publication as one of the top antitrust plaintiffs' firms in the country in 2009.

- In March 2009 the firm reached a historic global settlement agreement with Parker ITR regarding the company's involvement in the marine hose cartel. The settlement agreement represented the first private resolution of a company's global cartel liability without any arbitration, mediation or litigation. It thus signaled opportunities never before possible for dispute resolution and provides a new model for global cartel settlements going forward. Major oil company purchasers and other significant marine hose purchasers have already signed or agreed to sign the settlement agreement.

- In listing the top antitrust plaintiffs' firms in the US, the publication Legal 500 has commented that: "The 'outstanding' Mike Hausfeld, in Washington, DC, is a titan of the antitrust bar and a 'very creative' advocate who is the architect behind the firm's expansion into Europe…." In particular, Legal 500 noted that the London office "has not been idle; this year the firm's offices on both sides of the Atlantic worked on the price-fixing scandal between BA and Virgin Atlantic, and achieved a ground-breaking $200m settlement in the first-ever transatlantic recovery."

- Michael Hausfeld was the only US plaintiff's lawyer expressly invited by the European Commission's DG Competition to comment on its EC Antitrust Damages Actions Green Paper of March 28, 2006. He also responded to the OFT's White Paper on private damages actions for competition law infringement. Michael Hausfeld was invited to speak at the OFT's consultation meeting on September 24, 2007.

- On July 10, 2007, in the case of *Diamond Chemical Company, Inc. v. Akzo Nobel Chemicals B.V. et al.*, a U.S. federal judge in Washington, DC granted the motion by Hausfeld LLP lawyers to award $5.1 million in undistributed settlement funds to The George Washington University Law School to endow a Center for Competition Law. The *cy pres* award resulted from a successful antitrust lawsuit brought by Hausfeld LLP lawyers on behalf of a plaintiff class harmed by an international anticompetitive conspiracy to fix prices for the sale of sodium monochloroacetate and monochloroacetic acid in the United States and elsewhere. This is a novel resolution in the face of increasing global trade; ill-gotten cartel profits will now be used to study and recommend improvements to global private anti-cartel enforcement.

In addition to the successes of Hausfeld LLP lawyers in the US, our pioneering antitrust work around the world has included the following highlights:

**HAUSFELD**LLP

- Hausfeld LLP is serving as Lead Counsel having special responsibility for non-US claims in the *Air Cargo Antitrust Litigation* on behalf of air freight customers against a group of international flagship airlines for fixing prices on air freight shipping. This case has already resulted in a landmark $85 million settlement with Lufthansa. The settlement will result in thousands of European businesses recovering damages for infringements of both US antitrust and EU competition law. Michael Hausfeld was the architect and lead settlement negotiator for the claimants.

- Hausfeld LLP is serving as Co-Lead Counsel in the *Air Passenger Antitrust Litigation* on behalf of thousands of air travelers around the world against British Airways and Virgin Atlantic Airways for fixing prices of air passenger transportation to and from the UK to all long-haul destinations in the world. Hausfeld LLP lawyers secured the first recovery for foreign citizens based on foreign antitrust law in a US antitrust case. European citizens and businesses will be significant beneficiaries of this settlement, which provides equal compensation for both domestic and foreign air passengers.

- Michael Hausfeld was the only plaintiff's lawyer to appear before the European Commission in 2002 on behalf of European consumers in the Microsoft matter.

- Hausfeld LLP lawyers successfully litigated and settled foreign claims in the case of *Kruman v. Christie's International PLC. et al.*, marking the first time that non-US claimants as a class received compensation for violation of competition laws (the fixing of auction commissions) – a milestone in both US antitrust jurisprudence and European recovery.

- In the landmark case of *Empagran v. F. Hoffman LaRoche, Inc., et al.*, Hausfeld LLP lawyers represented foreign purchasers in U.S. federal court to recover the billions of dollars in overcharges that resulted from a global conspiracy to fix vitamin prices and allocate market share. This case was litigated by Hausfeld LLP lawyers all the way to the United States Supreme Court, which delivered a ground breaking judgment on US Sherman Act jurisdiction. The scope of the jurisdiction was defined and confirmed that intertwined US and non-US claims against worldwide cartels may continue to be brought in the US courts. This case was designated as the "Matter of the Year" by the Global Competition Review.

**A Record of Leadership**

Hausfeld LLP lawyers have hosted, lectured and participated in numerous international conferences on four different continents. They have spoken on issues such as: the pursuit of damage actions in the US and EU on behalf of EU and other non-US plaintiffs; private civil enforcement of EU competition laws; the Supreme Court decision in *Empagran*; the principle of international comity; monopolization; and the extraterritorial jurisdiction of the U.S. antitrust laws. Hausfeld LLP attorneys have presented before regulators, judges, business leaders, in-house counsel, private lawyers, consumer, environmental and human rights advocates and institutional investors. They have also written extensively on these subjects and many others, and they have led key competition policy debates around the world.

On the basis of Hausfeld LLP's experienced lawyers, history, visibility and recent successes, the firm is widely considered to be a leader in the antitrust bar. Hausfeld LLP lawyers have a consistent track record

**HAUSFELD**LLP

of:

- Leading or participating in the world's most significant plaintiffs' private antitrust enforcement actions;
- Innovating at the cutting-edge of the private enforcement of antitrust in the US and globally; and
- Building a talented team of professionals representing one of the largest plaintiffs' private antitrust enforcement teams in the US and the largest dedicated plaintiffs' team in the UK and Europe.

Hausfeld LLP lawyers believe that, with the increasing incidence of global cartels and coordinated international enforcement of competition and antitrust laws, their firm is well positioned to provide unparalleled advice and the highest quality professional representation for claimants internationally. This is increasingly recognized by the leading defense firms both publicly and in private as they seek to achieve global "peace" for their cartel clients.

**Non-Competition Matters**

Aside from their cutting edge work in the competition and antitrust fields, Hausfeld LLP lawyers have been at the forefront of leading human rights, civil rights, environmental, mass tort, consumer and other complex matters litigated in the United States and abroad. Richard Lewis is presently serving as lead counsel in an international environmental and human rights case involving drinking water contamination in Bhopal, India, as well as serving on the Plaintiff's Steering Committee in the federal Hormone Replacement Therapy ("HRT") mass tort litigation, and the Chinese Manufactured Drywall litigation. Other recent successes of Hausfeld LLP lawyers in these areas include the following highlights:

- *Holocaust Litigation*

In the historic Swiss Banks litigation, Michael Hausfeld served, pro bono, as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry, and art treasures. Michael Hausfeld obtained a $1.25 billion settlement. See *In re Holocaust Victim Assets Litig.*, Case No. CV 96-4849 (ERK) (MDG). He was also a lead counsel in litigation by survivors of World War II-era forced and slave labor against the German companies that profited from using the labor of concentration camp inmates. This litigation, which resulted in an unprecedented settlement of $5.2 billion for approximately two million claimants, was resolved by multinational negotiations involving the defendants, plaintiffs' counsel, and the governments of several countries.

- *In re Chinese Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (E.D. La.).

Richard Lewis helped try the *Germano v. Taishan* property damages and remediation matter on behalf of seven Virginia homeowners. The Court ordered full scale relief for the seven homeowners in the amount of $2.6M and set the standard for remediation of a damaged Chinese drywall home. Richard Lewis handled the *Daubert* briefing and argument and trial testimony of several experts, and was successful in excluding significant portions of the defense experts' opinions.

**HAUSFELD**LLP

- *In re The Exxon Valdez Litigation*, No. A89-095 Civ. (D. Ak.).

Michael Hausfeld was selected from dozens of attorneys around the country by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history that resulted in a jury verdict of more than $5 billion (reversed and remanded; further proceedings pending).

- *In re Diet Drug Litigation* (Fen-Phen), MDL No. 1203 (E.D. Pa.).

As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Richard Lewis played a major part in the success of the Fen-Phen diet drug litigation and settlement. Richard Lewis and other plaintiffs' counsel achieved one of the largest settlements ever obtained in a mass tort case - $3.75 billion – on behalf of millions of U.S. consumers who used diet drugs that are associated with heart valve damage.

- *In re StarLink Corn Products Liability Litigation*, MDL No. 1403. (N.D. Ill.).

Richard Lewis was co-lead counsel and successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes, but never approved for human consumption. However, StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. The settlement, which provided more than $110 million for U.S. corn farmers, was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- *Roberts v. Texaco, Inc.*, 94-Civ. 2015 (S.D.N.Y.).

Michael Hausfeld represented a class of African-American employees in this landmark litigation that resulted in the then-largest race discrimination settlement in history ($176 million in cash, salary increases and equitable relief).

Annex 1 of this resume lists quotes from journalists and publications regarding the work of Hausfeld LLP lawyers, as well as awards and recognitions.  Annex 2 lists many of the cases Hausfeld LLP lawyers have led and been involved in.  Annex 3 includes the profiles of Hausfeld LLP lawyers. Annex 4 provides information about the firm's London affiliate Hausfeld & Co. LLP and its attorneys. Finally, Annex 5 lists publications by Hausfeld attorneys, and Annex 6 provides contact information for the firm's offices.

HAUSFELD LLP

**Annex 1 – Quotes from journalists and publications regarding the work of Hausfeld LLP lawyers and recent awards and recognitions**

"One of the nation's preeminent antitrust class-action lawyers, [Michael] Hausfeld has been at the forefront of many historic and precedent-setting cases."
-*Washingtonian Magazine*, December 2009, "Thirty Stars of the Bar" feature

In 2009, US Legal 500 described Michael Hausfeld as "an outstanding antitrust litigator."
-*US Legal 500*, 2009

In 2008, *US Legal 500* discussed the work of Hausfeld LLP lawyers noting that the firm's attorneys are "involved in the first antitrust case in the US against Chinese manufacturers, in which the plaintiffs are alleging that major Chinese pharmaceutical companies conspired to fix prices and control export output of Vitamin C. The case raises thorny issues about the government's role in the defendants' pricing, and its output decisions."

*US Legal 500* also discussed the firm's attorneys' involvement in a "nationwide class action brought by the State of Mississippi, the City of Chicago and Fairfax County, Virginia against 37 leading banks, insurance companies and brokers alleging widespread price-fixing and bid-rigging in the multi-billion dollar municipal derivatives industry dating back to 1992."

In conclusion, *US Legal 500* noted that the firm's attorneys' continue "to pick up instructions on some of the most significant cases around, both purely domestic and those with an international element. This impressive success, both nationally and away from home, prompts clients to confirm that the firm manages to get 'a high percentage of the overall work', and that the firm is 'recognized as one of the top firms.' "
-*US Legal 500*, 2008

"Hausfeld haunts errant companies ranging from managed healthcare providers to makers of genetically engineered foods and bulk vitamins."
-*Lawdragon*, January 2008

In 2007, *US Legal 500* noted that Hausfeld LLP lawyers "have been particularly active in cases surrounding the aviation industry in recent times and [are], for instance, currently representing distribution company Niagara Frontier Distribution in class-action litigation pertaining to allegations that a group of major air cargo carriers conspired to inflate airfreight surcharges, a case that has already yielded an initial settlement in the region of $80m. Lawyers at the firm are furthermore acting on behalf of Swedish furniture chain IKEA in a proposed class action suit involving similar claims. . . . Further recent highlights include the recovery of $28.8m for a class of retailers in a monopolization suit against tape manufacturer 3M, and a lead role in litigation surrounding an alleged hydrogen peroxide cartel."

"Wins for Valdez victims and Holocaust survivors built [Michael Hausfeld's] reputation."
-*Lawdragon*, March 2006

HAUSFELD LLP

"I want to mention on the record the extraordinary work of the Hausfeld firm in the preparation and the submission of this claim.  Mr. Hausfeld in numerous other claims as well has exhibited the type of professionalism and skill that have made the Fund a success and my job that much easier.  I am grateful to him for his zeal, competence and professionalism."
-Ken Feinberg, Special Master, 9/11 Victim's Compensation Fund.

"Antitrust defense lawyers view Michael Hausfeld as among the top three or four antitrust litigators in the country on the plaintiffs' side. The reason: his ability to score multimillion-dollar recoveries from major corporations over alleged monopolistic and price-fixing conduct. Seen as "really a very, very aggressive" litigator, Hausfeld is not one to shy away from a tough fight and has supplemented his antitrust focus with a broad range of cases focusing on civil rights and international human rights. He represented Holocaust survivors in their suits to get World War II-era assets back from European Banks."
-*Lawdragon*, October 2005

"More importantly, the ingenuity here comes heavily from the lawyers on the plaintiff's side.  It was they who spotted something others had missed – based on an ambiguity in a 'foreign assistance' statute – and ran with it, all the way to the Supreme Court.  Indeed the amazing aspect of *F. Hoffman-LaRoche, Ltd. v. Empagran* is not so much the answers it provided but that some of the questions needed answering at all."
-David Samuels, from "Matter of the Year," *Global Competition Review*, Feb. 2005, in reference to the *Empagran* case.

"Hausfeld could be sweetness and light one moment and anger and darkness the next.  He was unpredictable and at times unreasonable. . . . But he was central to any successful negotiation because he had a keen sense of where the bottom line was."
-Stuart Eizenstat on the Holocaust cases, *The London Times*, Sept. 28, 2004.

The *Washingtonian* has listed Michael Hausfeld for the past several years as one of Washington's 75 best lawyers, saying he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world - and succeeding."  The magazine has also referred to Michael Hausfeld as "the country's best-known litigator of big lawsuits with hundreds of plaintiffs and multiple defendants."

Representative Awards and Recognitions

"40 under 40"
*Legal Times;* July, 2009
Brian Ratner named one of the top Washington-area lawyers under forty years of age

2009 Attorneys Who Matter
*The Ethisphere Institute*
Michael Hausfeld named in a short list of "attorneys who matter" in the field of corporate compliance

**HAUSFELD**LLP

*2009 Chambers USA*
Michael Hausfeld cited in category of Products Liability: Plaintiffs Fellow, Litigation Counsel of America

*Competition Law 360*
Jon T. King, Editor

Women Antitrust Plaintiffs Attorneys
A national trade organization founded by Megan E. Jones in 2008.

500 Leading Lawyers in America
*Lawdragon*, May 2010
Michael Hausfeld

ABA Antitrust Section's Transition Taskforce
The taskforce, of which Michael Hausfeld was a member, advised the incoming Obama Administration

*Legal Times* Visionaries
May 19, 2008
Michael Hausfeld listed among 30 "Visionaries" in the Washington legal community.

50 Most Powerful People in DC
*GQ Magazine*; September, 2007
Michael Hausfeld named #40.

Fierce Sister Award
Summer 2007
For Michael Hausfeld's work on the Japanese Comfort Women case.

500 Leading Plaintiffs' Lawyers in America
*Lawdragon*; Winter 2007
Michael Hausfeld

International World-shakers
*The Lawyer* (UK); February 8, 2007
Michael Hausfeld named as one of top 40 international lawyers "making waves" in the UK.

500 Leading Lawyers
*Lawdragon*; Fall 2007 & Fall 2006
Michael Hausfeld

500 Leading Litigators
*Lawdragon*; Spring 2006
Michael Hausfeld

HAUSFELD LLP

100 Most Influential Lawyers
*The National Law Journal*; June 19, 2006
Michael Hausfeld is named as one of "the most influential lawyers in America."

Runner up for Matter of the Year
*Global Competition Review*; February, 2005
On *Empagran* matter, Michael Hausfeld praised for ingenuity in how the case was prosecuted.

HAUSFELD LLP

**Annex 2 – Case Digest**

Hausfeld LLP lawyers have served or are serving as lead or co-lead counsel, or on Plaintiffs' Executive Committee(s), in dozens of antitrust, human rights, civil rights, mass tort, environmental, and consumer protection actions, presenting numerous innovative legal theories and obtaining landmark judgments and settlements for individuals and businesses in the United States and abroad.  Some of these significant past and present cases include:

Antitrust/Competition

*In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.).  Hausfeld LLP lawyers served as co-lead counsel for two certified classes of businesses that directly purchased bulk vitamins and were overcharged as a result of a ten year global price-fixing and market allocation cartel.  Chief Judge Hogan approved eight major settlements between certain vitamin defendants and the Class Plaintiffs, including a landmark partial settlement of $1.1 billion.  In a later trial before Chief Judge Hogan concerning four of the Class Plaintiffs' remaining unsettled Vitamin B4 (choline chloride) claims, a federal jury in Washington unanimously found Japan's second largest trading company, Mitsui & Co., Ltd., its wholly-owned U.S. subsidiary Mitsui & Co. (U.S.A.), Inc., DuCoa, LP, a choline chloride manufacturer based in Highland, Illinois, and DuCoa's general partner, DCV, Inc. liable for participating in the cartel and ordered them to pay $49,539,234, which was trebled to $148,617,702 under the federal antitrust laws.  The case was subsequently settled against the Mitsui defendants.

*In re Domestic Air Transportation Antitrust Litigation* (N.D. Ga.).  Plaintiffs alleged a conspiracy among major airlines to set prices.  In one of the largest consumer class actions ever brought to a successful conclusion, Hausfeld LLP lawyers were one of the lead counsel and obtained a settlement of travel discounts and cash totaling $458 million for the class of individuals and businesses using US domestic airlines.

*In re Rubber Chemicals Antitrust Litigation*, Master Docket No. C-03-1496 (N.D. Cal.).  In 2006, Hausfeld LLP lawyers, serving as Co-Lead Counsel, settled the direct purchaser class's global price-fixing claims with defendants Flexsys N.V., Flexsys America L.P., Akzo Nobel Chemicals International B.V., Akzo Nobel Chemicals, Inc., Crompton (now Chemtura) and Bayer for more than $300 million.  In December 2005, the EC fined four firms a total of €75.86 million.  Individual fines were as follows: Flexsys - €0 (immunity for initial cooperation); Bayer - €58.88 million; Crompton - €13.6 million; General Quimica+Repsol - €3.38 million.

*In re Relafen® Antitrust Litigation*, No. 01-12239-WGY (D. Mass.).  Hausfeld LLP lawyers have served as co-lead counsel on behalf of a class of direct purchasers of Relafen — a non-steroidal anti-inflammatory drug sold by SmithKline Beecham Corporation PLC and GlaxoSmithKline Beecham Corporation PLC (collectively, "GSK").  As alleged in the complaint, GSK unlawfully extended its monopoly in the U.S. market for Relafen and its generic equivalents by fraudulently procuring an invalid patent and using that invalid patent to prevent generic competition.  On April 9, 2004, after significant litigation, the United States District Court for the District of Massachusetts approved the $175 million settlement of this action.

*In re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y.).  Plaintiffs alleged that Bristol Myers-Squibb Company, a producer of the drug BuSpar7, unlawfully maintained a monopoly in violation of federal and state antitrust and unfair competition laws.  A $90 million settlement was approved in 2003. Hausfeld LLP lawyers served as one of four co-lead counsel.

*In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*, No. 3:03-md-01542-SRU (D. Conn.).  Hausfeld LLP lawyers, serving as co-lead counsel, obtained class settlements totaling more than $73 million in this global price-fixing case on behalf of direct purchasers of EPDM, a synthetic rubber.

*In re Commercial Explosives Antitrust Litigation* (D. Utah).  Plaintiffs alleged a conspiracy among manufacturers of explosives to set prices.  Hausfeld LLP lawyers were co-lead counsel in this price-fixing case that resulted in a class settlements totaling over $72 million.

*Oncology & Radiation Associates, P.A. v. Bristol Myers Squibb Co., et al.*, Case No. 1:01CV02313 (D.D.C.).  Hausfeld LLP lawyers served as co-lead counsel in this case.  Plaintiffs alleged that Bristol-Myers Squibb unlawfully monopolized the United States market for paclitaxel, a cancer drug discovered and developed by the United States government, which Bristol sells under the brand name Taxol. Bristol's scheme included a conspiracy with American BioScience, Inc., a generic manufacturer, to block generic competition.  Hausfeld LLP lawyers' investigation and litigation of this case on behalf of direct purchasers of Taxol led to a settlement of $65,815,000 that was finally approved by U.S. District Judge Emmet G. Sullivan on August 14, 2003 and preceded numerous Taxol-related litigation brought by the Federal Trade Commission and State Attorneys General offices.

*In re Infant Formula Consumer Antitrust Litigation* (multiple state courts).  Hausfeld LLP lawyers instituted price-fixing cases on behalf of indirect-purchasers in 17 states under state antitrust laws against three companies who conspired to drive up the price of infant formula.  The cases resulted in settlements of $64 million for purchasers of infant formula.

*In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.). The plaintiffs alleged that the five major manufacturers of float glass and automotive replacement glass conspired to fix prices on a wide variety of glass products.  Hausfeld LLP lawyers served as co-lead counsel and obtained a total of $ 61.7 million in settlement funds on behalf of glass shops, window manufacturers, and others who directly purchased the affected products from the defendants.

*Nate Pease, et al. v. Jasper Wyman & Son, Inc., et al*., Civil Action No. 00-015 (Knox County Superior Court, Maine).  In 2004, a state court jury from Maine found three blueberry processing companies liable for participating in a four-year price-fixing and non-solicitation conspiracy that artificially lowered the prices defendants paid to approximately 800 growers for wild blueberries. The jury ordered defendants Cherryfield Foods, Inc., Jasper Wyman & Son, Inc., and Allen's Blueberry Freezer, Inc. to pay $18.68 million in damages, the amount which the growers would have been paid absent the defendants' conspiracy. After a mandatory trebling of this damage figure under Maine antitrust law, the total amount of the verdict for the plaintiffs is just over $56 million. Hausfeld LLP lawyers served as co-lead counsel.

HAUSFELD LLP

*In re Commercial Tissue Antitrust Litigation* (N.D. Fla).  Hausfeld LLP lawyers joined forces with the State of Florida and other plaintiffs' attorneys to bring this class action against the major manufacturers of commercial tissue products which included commercially sold paper towels, toilet tissue and napkins. The case was scheduled to go to trial in Gainesville, Florida just a few months before it was settled for $56 million.

*In re Urethane Antitrust Litigation*, No. 2:04-MD-1516-JWL-DJW (D. Kan.).  Hausfeld LLP lawyers, as co-lead counsel, obtained a class settlement totaling more than $55 million in this global price-fixing case on behalf of direct purchasers of Polyether polyols, intermediate chemicals used in the manufacture of rigid and flexible foams, among other applications.

*Kruman v. Christie's International PLC, et al.*, Docket No. 01-7309 (S.D.N.Y.).  A $40 million settlement on behalf of all persons who bought or sold items through Christie's or Sotheby's auction houses in non-internet auctions was recently approved.  Michael Hausfeld served as co-lead counsel on behalf of non-US plaintiffs.  The settlement marks the first time that claims on behalf of non-US plaintiffs under U.S. antitrust laws have received compensation through a settlement in a U.S. court.

*In re Polychloroprene Rubber (PCP) Antitrust Litigation*, No. 3:05-md-01642-SRU (D. Conn.).  Hausfeld LLP lawyers, as co-lead counsel, obtained class settlements totaling more than $40 million in this global price-fixing case on behalf of direct purchasers of PCP, a synthetic elastomer developed as a substitute for natural rubber.

*In re Lorazepam and Clorazepate Antitrust Litigation*, MDL No.1290 (D.D.C.).  Generic drug maker Mylan Pharmaceuticals, Inc. entered exclusive deals to lock up supply of the raw ingredients for two popular anti-anxiety medications.  Mylan then raised the prices of the drugs several times over.  Hausfeld LLP lawyers served as co-lead counsel and obtained a $35 million settlement for direct purchasers of the affected medications.

*In re NBR Antitrust Litigation*, No. 2:03-cv-01898-DSC-ARH (W.D. Pa.).  Hausfeld LLP lawyers, as co-lead counsel, obtained class settlements totaling $34.5 million in this price-fixing case on behalf of direct purchasers of nitrile rubber, a form of synthetic rubber.

*Molecular Diagnostics Laboratories v. Hoffmann-La Roche, Inc., et al.*, Civil Action No. 1:04CV01649 (D.D.C.).  Hausfeld LLP lawyers obtained a settlement of $33 million on behalf of a class of purchasers of an enzyme ("Taq") used in DNA amplification, human genome research, and medical diagnostics who allege unlawful monopolization.

*IVAX Corp. v. Atofina Chemicals, Inc., et al.*, Civ. No. 02-00593 (D.D.C.).  Hausfeld LLP lawyers served as lead counsel and obtained class settlements totaling $21 million on behalf of direct purchasers of certain chemicals known as organic peroxides.

*Diamond Chemical Co., Inc. v. Atofina Chemicals, Inc., et al.*, Case No. 02CV1018 (D.D.C.).  Plaintiffs alleged that the major global producers of certain chemicals known as Monochloroacetic Acid ("MCAA") have conspired to fix prices on their products.  Hausfeld LLP lawyers served as lead counsel and obtained

**HAUSFELD**LLP

settlements of more than $14 million against the defendants.  The settlements led to a distribution to approved claimants of a remarkable 45% of approved MCAA purchases.  (See above regarding recent cy pres distribution in this matter.)

Human Rights/Civil Rights

*Balintulo v. DaimlerAG – In re South Africa Apartheid Litigation,* MDL No. 1499 (S.D.N.Y.). Hausfeld LLP represents the plaintiffs, direct victims and an Apartheid support group, who are suing major corporations, both U.S. and foreign, alleging liability for aiding and abetting human rights abuses by the apartheid regime.  The district court dismissed the plaintiffs' claims under the Alien Tort Statute (absence of subject matter jurisdiction) and the Torture Victim Protection Act (failure to state a claim).  On appeal, the Second Circuit Court of Appeals affirmed dismissal of the TVPA claims, but vacated the district court's dismissal of the ATS claims.  Upon reconsideration by the district court, claims against five corporate defendants are proceeding.

*September 11th Victim Compensation Fund.* Hausfeld LLP lawyers helped a number of survivors as well as the families of those who perished in the September 11th terrorist attack on the Pentagon obtain compensation from the September 11th Compensation Fund. We achieved significant awards - including one of the highest awards granted by the fund to a catastrophically injured survivor.

*Hwang v. Japan (Japanese Comfort Women),* 00-cv-02233 (D.D.C.).  Hausfeld LLP lawyers represented survivors of the system of sexual slavery instituted by the Government of Japan in the territories it conquered in World War II.  The women, euphemistically known as "comfort women," were recruited by force, coercion, or deception into sexual slavery for the Japanese Military – victims of what is now known and condemned as trafficking in persons.  Of the estimated 200,000 women enslaved by the Japanese military, only a few thousand survived the harsh treatment.

*Alexander v. Governor of Oklahoma* (Tulsa Race Riots), No. 02-cv-133 (Ok.).  Hausfeld LLP lawyers, as part of team of lawyers organized by Professor Charles Ogletree of Harvard Law School, represented the survivors of the nation's worst race riot.  On the night of May 31, 1921 through the morning of June 1, 1921, the African-American district of Tulsa, Oklahoma, then known as the "Black Wall Street," was invaded and burned to the ground by a white mob, with the participation of City and State authorities.  As many as 300 African Americans were killed, African-American homes and businesses burned to the ground, and the residents who were not killed or did not escape were rounded up and confined in detention centers.  The survivors brought suit and asked the State and City to include information about the Riot in history classes, for educational scholarships for children of survivors, and a memorial.  Michael Hausfeld's efforts were recently highlighted in the documentary film, Before They Die.

Mass Torts / Environmental / Consumer

*In re Chinese Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (E.D. La.).  Hausfeld LLP lawyers helped try the *Germano v. Taishan* property damages and remediation matter on behalf of seven Virginia homeowners.  The Court ordered full scale relief for the seven homeowners in the amount of $2.6M and set the standard for remediation of a damaged Chinese drywall home.  Richard

HAUSFELD LLP

Lewis handled the *Daubert* briefing and argument, and trial testimony of several experts, and was successful in excluding significant portions of the defense experts' opinions.

*In re Prempro Products Liability Litigation,* MDL Case No: 03-cv-1507 WRW (E.D. Ark.)
Hausfeld LLP lawyers are members of the Plaintiffs Steering Committee.  The case involves breast cancer claims of thousands of women who ingested hormone replacement therapy (HRT) medication.  One of Hausfeld LLP's cases, the *Singleton* case, was tried to verdict in Philadelphia and the Plaintiff was awarded $10M.

*In re Diet Drug Litigation* (Fen-Phen), MDL No. 1203 (E.D. Pa.).
As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Hausfeld LLP lawyers played a major part in the success of the Fen-Phen diet drug litigation and settlement. Hausfeld LLP lawyers and other plaintiffs' counsel achieved one of the largest settlements ever obtained in a mass tort case - $3.75 billion – on behalf of millions of U.S. consumers who used diet drugs that are associated with heart valve damage.

*In re StarLink Corn Products Liability Litigation*, MDL No. 1403. (N.D. Ill.).
Hausfeld LLP lawyers were co-lead counsel and successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes, but never approved for human consumption. However, StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. The settlement, which provided more than $110 million for U.S. corn farmers, was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

*Farnum v.  Shell,* (Barbados).  Hausfeld LLP lawyers obtained a property damage settlement for 26 farmers and landowners as a result of claims made against international oil companies arising from a jet fuel oil spill.

*Pelletz v. Advanced Environmental Recycling Technologies, Inc.*, No. C08-0334 JCC (W.D. Wa.).
Hausfeld LLP serves as co-lead counsel in a preliminarily approved nationwide settlement on behalf of owners of Choicedek decking materials which exhibited mold/mildew spots.  The settlement, which involves free cleanings and full refunds if the spots return, is remarkable given that the product warranty specifically excludes mold/mildew from its coverage.

*In re Louisiana-Pacific Co. Inner-Seal Siding Litigation*, No. CV-95-879 JO-LEAD (U.S.D.C. Oregon).
Hausfeld LLP lawyers served as co-lead counsel in a nationwide settlement class involving defective siding installed on 800,000 homes that soaked up moisture, resulting in swelling and cracking.  The settlement provided up to $325 million to homeowners as replacement costs.

*Cox v. Shell*, Civil No. 18,844 (Obion County, Tennessee).  This litigation charged Shell Oil Company, E.I. du Pont de Nemours, and Hoescht Celanese with manufacturing and marketing defective polybutylene pipes and plumbing systems.  Hausfeld lawyers served as co-lead counsel for the class and

HAUSFELD LLP

secured a settlement providing a minimum of $950 million in relief, which was the largest class action settlement of its kind in U.S. history.

*In re Phenylpropanolamine (PPA) Products Liability Litigation*, MDL No. 1407 (W.D. Wa.).  Hausfeld LLP lawyers served as co-lead counsel in this mass tort litigation involving OTC medication that led to strokes and numerous product recalls, which resulted in the nationwide settlement in 2004 of all PPA-related injury claims resulting from the ingestion of Dexatrim.

*West Virginia v. Purdue Pharma Co.*, (Cir. Ct. WV).  Hausfeld LLP lawyers represented West Virginia Attorney General Darrell V. McGraw, Jr. in a suit against Purdue Pharma and Abbott Laboratories, the manufacturers and promoters of the painkiller OxyContin. The complaint alleged that Pharma and Abbott engaged in negligent aggressive marketing practices which encouraged over-prescription of this powerful narcotic, resulting in addiction and overdoses. The lawsuit sought to stop the aggressive and deceptive marketing techniques used in West Virginia, as well as monies to help record, prevent, and halt OxyContin abuse.  After two years of litigation, and just before a jury was selected to try the case, Purdue Pharma settled the case with the State of West Virginia for $10 million.

*In re iPod Cases*, JCCP No. 4355 (San Mateo Cty. Ct., Cal.).  Hausfeld LLP lawyers were involved with the nationwide settlement in this case on behalf of purchasers of early generation iPods which contained defective batteries and would no longer retain a charge.  The settlement, approved in 2005, provided cash, discounts, and extended warranties for affected consumers.

*Harman v. Rohm & Haas Co., Inc*., (Gloucester County, New Jersey).  The Lipari Landfill in Pitman, NJ, was number one on the EPA's Superfund list of toxic waste sites in the 1970s. Hausfeld LLP lawyers obtained a multi-million dollar medical monitoring fund on behalf of hundreds of residents who lived near the landfill site in New Jersey.

*City of Milwaukee v. NL Industries, Inc.* (Mil. Cir. Ct.).  Hausfeld LLP lawyers teamed with the City of Milwaukee to sue the manufacturers of lead pigment used in lead paint due to the lead poisoning hazards these products present to children.  The City is seeking abatement damages to fund the City's lead paint removal efforts.  The Wisconsin Court of Appeals became the first court in the country to recognize a municipality's right to bring these public nuisance claims.  In 2007, a jury found that the lead paint on homes in Milwaukee was a public nuisance, but found that the manufacturers were not responsible.

*Stockbridge Community Ass'n v. Star Enterprise*, Case No. (Law) 108514, (Cir. Ct. Fairfax County, Va). Michael Hausfeld secured a real estate protection program from oil companies for damages caused by leaking storage tanks in the Mantua section of Fairfax, Virginia. Star Enterprise, a Texaco affiliate paid $50 million to settle medical and other damage claims made by about 180 families who alleged that their neighborhood was made almost uninhabitable by an underground oil leak from a Fairfax County tank farm.  The company also agreed to compensate as many as 450 families in the Mantua and Stockbridge neighborhoods for the dramatic dip in the value of their homes since the leak was discovered up to $150 million.

HAUSFELD LLP

*Hunter v. Abex Corp.* (Norfolk Lead Smelter Litigation), (Cir. Ct., Norfolk, Va). Hausfeld LLP attorneys recovered monetary damages for 82 children, teenagers and young adults who suffered lead poisoning caused by exposure to lead wastes from a lead smelter in their low-income neighborhood in Portsmouth, VA.

*South Africa Silicosis.* Hausfeld LLP has been invited to participate in precedent-setting litigation on behalf of South African gold miners who have suffered a disabling lung disease called silicosis. The cases will be filed in the South African courts and allege that the workers suffered uncontrolled exposures to silica dust in mining operations managed by Anglo American Corp. The litigation is designed to establish the workers' rights to compensation under the South African Constitution and various statutory compensation schemes, as well as to establish a medical monitoring program to benefit the workers. It has been estimated that one in four South African gold miners suffer from this disabling disease. The first "test case" was dismissed in 2008 and is presently on appeal.

*Sahu, et. al v. Union Carbide Corporation, et al.* (Bhopal Litigation), Index No.04 CV. 08825 (S.D.N.Y.). Hausfeld LLP lawyers represent residents of Bhopal, India, who were exposed to toxic wastes which have contaminated the soil and drinking water surrounding the infamous Union Carbide Plant, which was the site of the 1984 gas leak which killed and injured thousands of nearby residents. Since the gas leak disaster in 1984, Union Carbide has abandoned the plant, causing the remaining chemicals to enter the surrounding groundwater and resulting in high rates of cancer and neurological disorders in neighborhoods surrounding the plant. In 1999, an initial lawsuit was filed in the Southern District of New York, seeking to compel Union Carbide to clean up the plant site and to provide medical monitoring to the surrounding communities and pay damages to those who have been injured by the extensive pollution. Although this lawsuit was ultimately dismissed because the Court found that the named plaintiffs lacked standing (due to a lack of beneficial interest in the surrounding land), another case - filed in 2004 - is now pending. In the 2004 action, the District Court granted summary judgment in favor of Union Carbide in 2006, but in 2008, the Second Circuit Court of Appeals reversed. The case has now returned to the District Court for further proceedings and the plaintiffs will be seeking discovery in accordance with the Second Circuit's opinion.

Members of the Firm have played a prominent role in most of the major antitrust class actions since the Fed. R. Civ. R. 23 was amended in 1966. These additional antitrust cases, organized by type of claims advanced, include:

Price-Fixing Cases

*In re Commercial Explosives Antitrust Litigation*, Consolidated Case No. 2:96md 1093S (D. Utah). Hausfeld LLP lawyers, as co-lead counsel, obtained a settlement of $77 million;

*Ocean Shipping Antitrust Litigation*, M.DL No. 395 (S.D.N.Y.) Hausfeld LLP lawyers, as co-lead counsel, obtained a class settlement of approximately $50 million;

HAUSFELD LLP

*In re North Atlantic Air Travel Antitrust Litigation*, Civ. Action No. 84-ll03 (D.D.C.). Hausfeld LLP lawyers, as co-lead counsel, obtained a class settlement of $30 million in coupons for air travelers between the United States and England;

*In re Screws Antitrust Litigation*, MDL No. 443 (D. Mass.). Hausfeld LLP lawyers, as co-lead counsel, obtained a class settlement of approximately $20 million;

*In re Methyl Methacrylate (MMA) Antitrust Litigation*, Direct Purchaser Action File; 2:06-md-01768-TJS (E.D. Pa.). Hausfeld LLP is serving as co-lead counsel in this global cartel case;

*In re Hydrogen Peroxide Antitrust Litigation*, No. 2:05-cv-00666-SD (E.D. Pa.). Hausfeld LLP serves as co-lead counsel in this global cartel case;

*In re Ampicillin Antitrust Litigation*, MDL No. 50 (D.D.C.). Hausfeld LLP lawyers represented the State of Michigan in a multidistrict litigation alleging a price-fixing conspiracy by manufacturers of ampicillin;

*In re Sugar Antitrust Litigation*, MDL No. 210 (N.D. Cal.). Hausfeld LLP lawyers represented small businesses/consumers alleging a price-fixing conspiracy among sugar refiners and obtained a multi-million dollar settlement;

*In re Travel Agent Commission Antitrust Litigation*, MDL No. 1058 (D. Minn.). Hausfeld LLP lawyers represented a class of travel agents claiming a horizontal price-fixing agreement by major airlines and obtained a multi-million dollar settlement;

*Nasdaq Market Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.). Hausfeld LLP lawyers focused on discovery and expert work in this case where a billion dollar settlement was obtained for the class of purchasers of certain stock on NASDAQ;

*In re Compact Disc Antitrust Litigation*, MDL No. 1216 (C.D. Cal.). Represented direct purchasers of compact discs on price-fixing allegations;

*In re Infant Formula Antitrust Litigation*, MDL No. 878 (N.D. Fla.);

*Carbon Dioxide Antitrust Litigation*, MDL No. 940 (M.D. Fla.);

*Catfish Antitrust Litigation*, MDL No. 928 (N.D. Miss.);

*Chain Link Fence Antitrust Case*, Master File No. CLF-1 (D. Md.);

*Ocean Shipping Antitrust Litigation*, M.DL No. 395 (S.D.N.Y.);

*High Fructose Corn Syrup Antitrust Litigation*, MDL No. 1087 (C.D. Ill.);

*Commercial Tissue Products Antitrust Litigation*, MDL No. 1189 (N.D. Fla.);

**HAUSFELD** LLP

*In re Bulk Popcorn Antitrust Litigation*, No. 3-89-710 (D. Minn.);

*In re Polypropylene Carpet Antitrust Litigation*, MDL No. 1075 (N.D. Ga.);

*Drill Bits Antitrust Litigation*, No. H-91-627 (S.D. Tex.);

*Paper Systems Inc., et al. v. Mitsubishi Corp., et al*. (E.D. Wisc.);

*In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.);

*In re Lease Oil Antitrust Litigation*, MDL No. 1206 (S.D. Tex.);

*In re Cigarette Antitrust Litigation*, MDL No. 1342 (N.D. Ga.) (Hausfeld LLP lawyers served as co-lead counsel representing class of cigarette purchasers in price-fixing case against tobacco industry.);

*In re Mercedes -Benz Antitrust Litigation*, Master File No. 99-4311 (AMW);

*In re Linerboard Antitrust Litigation*, MDL. No. 1261 (E.D. Pa.);

*In re Optical Disk Drive Antitrust Litigation*, No. 3:10-md-02143-VRW (N.D. Cal.);

*Kohlder Manufacturing Co., Inc. v. Kason Industries, Inc. et al*, No. 1:10-cv-01875-WSD (N.D. Ga.).

<u>Monopolization</u>

*Cothran v. Brunswick Corp.* (S.D. Ill.). Hausfeld LLP lawyers took a lead role in representing a nationwide class of boat dealers on claims of monopolization of the inboard and stern drive marine engine market. The case resulted in a settlement of over $20 million;

*In re Smokeless Tobacco Antitrust Litigation*, Civ. A. Nos. 00-1415 and 00-1454 (D.D.C.). Hausfeld LLP lawyers represented direct purchasers of smokeless tobacco against United States Tobacco Co.;

*In re Microsoft Corp. Antitrust Litigation*, MDL No. 1332 (D. Md.). Hausfeld LLP lawyers represented putative classes of direct purchasers of Microsoft operating system software and applications software;

*Amo Marine Products, Inc., et al. v. Brunswick Corp.*, No. 99-243 (D. Minn.). Represented nationwide class of boat dealers on claims of monopolization of the inboard and stern drive marine engine market;

*Chastain v. AT&T*, Civ. Action No. 2088-70 (D.D.C.). As a prelude to AT&T's breakup, Hausfeld LLP lawyers achieved large judgments on behalf of small independent interconnect telephone companies in two matters challenging various aspects of AT&T's abuse of monopoly power when AT&T was represented by Covington & Burling and Dickstein Shapiro Morin & Oshinsky;

**HAUSFELD**LLP

*Societe Liz v. Charles of the Ritz, Civ.* Action No. 85-1129 (D.D.C.).  Represented a small retailer against one of the world's largest perfume manufacturers alleging monopolization of the perfume market;

*Cox v. Champion.*  Represented a small lumber company against an international pulp manufacturer alleging a price-fixing scheme and monopolization of the lumber market.

Tying

*McGeorge v. British Leyland* (E.D. Va.).  Represented an automobile dealership charging a British automobile manufacturer with an illegal tie-in;

*In re Clozapine Antitrust Litigation* (N.D. Ill.).  Represented class of purchasers of psychotropic drug in tying case that resulted in settlement representing nearly 100 percent of damages.

Group Boycott

*In re Lower Lake Erie Iron Ore Antitrust Litigation*, MDL No. 587 (E.D. Pa.).  Represented a small trucking company in a group boycott case which after trial resulted in a $12 million award to the client.

Territorial Allocation

*In re Cardizem CD Antitrust Litigation*, MDL No. 1278 (E.D. Mich.).  Represented a putative class of indirect purchasers alleging unlawful efforts to delay entry of generic prescription drug competition;

*In re Terazosin Hydrochloride Antitrust Litigation*, MDL No. 1317 (S.D. Fla.).  Represented a putative class of indirect purchasers against brand name drug manufacturer for delaying entry of generic substitutes.

Supply Restrictions

*Erie Forge and Steel, Inc. v. Cyprus Minerals Co., et al.*, No. 94-404 (W.D. Pa.).  (Nationwide class action on behalf of direct purchasers alleging conspiracy to restrict production of molybdenum.);

*California Sales and Marketing v. Satoshi Iue*, No. C738971 (Cal. Sup. Ct.).  Retained by 33 sales representatives of the Sanyo Fisher (USA) Corporation alleging, inter alia, conspiracy among Japanese VCR manufacturers to under-supply the United States market with low-end VCRs.

Exclusive Dealing

*In re Lorazepam and Clorazepate Antitrust Litigation*, MDL No. 1290 (D.D.C.).  Represented a putative class of direct purchasers alleging conspiracy to tie up supply of prescription drug active ingredient.

21

HAUSFELD LLP

Franchise

*Call Carl, Inc. v. British Petroleum*, Civ. No. 73-1059-4 (D. Md.).  Retained by independent gasoline dealer franchisees of British Petroleum alleging unlawful termination;

*Vaughn v. General Foods* (N.D. Ind.).  Retained by Burger Chef franchisees who claimed a fraud/deception scheme in their franchise relationship;

*Entre Computers* (E.D. Va.).  Retained by franchisees alleging grey market sales/resale price maintenance by their franchiser.

**HAUSFELD** LLP

<u>Annex 3</u> – **Members of the Firm**

**Michael D. Hausfeld**

His career has included some of the largest and most successful class actions in the fields of human rights, discrimination and antitrust law. He has an abiding interest in social reform cases and was among the first lawyers in the U.S. to assert that sexual harassment was a form of discrimination prohibited by Title VII; he successfully tried the first case establishing that principle. He represented Native Alaskans whose lives were affected by the 1989 Exxon Valdez oil spill. Later, he negotiated a then-historic $176 million settlement from Texaco, Inc. in a racial-bias discrimination case.

In *Friedman v. Union Bank of Switzerland*, Mr. Hausfeld represented a class of Holocaust victims whose assets were wrongfully retained by private Swiss banks during and after World War II. The case raised novel issues of international banking law and international human rights law. In a separate case, he also successfully represented the Republic of Poland, the Czech Republic, the Republic of Belarus, the Republic of Ukraine and the Russian Federation on issues of slave and forced labor for both Jewish and non-Jewish victims of Nazi persecution. He currently represents Khulumani and other NGOs in a litigation involving the abuses under apartheid law in South Africa.

Mr. Hausfeld has a long record of successful litigation in the antitrust field, on behalf of individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price fixing. He was a member of the ABA Antitrust Section's Transition Taskforce, which advised the incoming Obama Administration. Mr. Hausfeld is or has been co-lead counsel in antitrust cases against manufacturers of genetically engineered foods, managed healthcare companies, bulk vitamin manufacturers, technology companies and international industrial cartels. He is involved in ongoing investigations of antitrust cases abroad and pioneers private enforcement competition laws globally. He was the only private lawyer permitted to attend and represent the interests of consumers worldwide in the 2003 closed hearings by the EU Commission in the Microsoft case.

Mr. Hausfeld has been featured in many articles and surveys. *The National Law Journal* has recognized him as one of the "Top 100 Influential Lawyers in America" and the *Legal Times* named Mr. Hausfeld among the top 30 "Visionaries" in the Washington legal community in 2008. *The New York Times* referred to Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," and in 2009 the *Washingtonian* named him one of thirty "Stars of the Bar." Most recently, the *Global Competition Review* stated that Hausfeld LLP "is clearly recognized as one of the best plaintiffs firms in the country." In the past, the magazine has reported that he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world -- and succeeding." Mr. Hausfeld is one of thirty negotiators profiled in *Done Deal: Insights from Interviews with the World's Best Negotiators*, by Michael Benoliel, Ed.D. He has been described by one of the country's leading civil rights columnists as an "extremely penetrating lawyer" and by a colleague (in a *Washington Post* article) as a lawyer who "has a very inventive mind when it comes to litigation. He thinks of things most lawyers don't because they have originality pounded out of them in law school." The US Legal 500 in 2008 stated, "The outstanding Mike Hausfeld is a titan of the antitrust bar."

<u>Education</u>

- Brooklyn College, B.A., *cum laude*, 1966
- National Law Center, The George Washington University, J.D., with honors, 1969

HAUSFELD LLP

## Bar Admissions

- District of Columbia
- New York

## Affiliations & Honors

- Named by *Legal Times* among 30 "Visionaries" in the Washington legal community, 2008
- Named by The Ethisphere Institute in a short list of "attorneys who matter" in the field of corporate compliance, 2009
- Cited in the 2009 edition of *Chambers USA* in the Products Liability category
- Named to *SmartCEO Magazine* Legal Elite List, 2009
- Legal Times Fierce Sister Award, for work on the Japanese Comfort Women case, 2007
- Cited by *GQ* as one of "the 50 Most Powerful People in DC," 2007
- Named in *The Lawyer*'s 2007 "International World-shakers" list of 40 international lawyers "making waves" in the UK
- 100 Most Influential Lawyers, *The National Law Journal*, 2006
- Named repeatedly by *LawDragon* magazine as one of the 500 leading lawyers in the United States
- U.S. Department of Energy Human Spirit Award, presented "in tribute to a person who understands the obligation to seek truth and act on it is not the burden of some, but of all; it is universal."
- Plaintiffs Fellow, Litigation Counsel of America
- B'Nai Brith Humanitarian of the Year Award, 2002
- Simon Wiesenthal Center Award for Distinguished Service
- Adjunct Professor, George Washington University Law School, 1996-1998
- Taught in Georgetown University Law Center, 1980-1987
- Member, Board of Directors, The George Washington University Law School

## In the News – a sample of recent citations

- *Washingtonian* magazine names Mr. Hausfeld one of thirty "Stars of the Bar." December 2009.
- Bloomberg quotes Hausfeld on municipal derivatives investigation. November 2009.
- *Business Week*: "Europe Inc. takes aim at price-fixers." October 2009.
- Reuters: Hausfeld LLP filing suit on behalf of Baltimore and Mississippi municipalities. October 2009.
- *New York Times*: "N.C.A.A. Sued Over Licensing Practices." July 21, 2009.
- *Associated Press*: "NY Judge Rules in Favor of 1970s Apartheid Victims." April 8, 2009.

## Selected Publications

- "Competition Law Claims – A Developing Story." *The European Antitrust Review 2010*
- "The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response." *Global Competition Litigation Review*, Volume 2 Issue 4/2009
- "Global Enforcement of Anticompetitive Conduct." *The Sedona Conference Journal*, Fall 2009
- "Observations from the Field: ACPERA's First Five Years." *The Sedona Conference Journal*,

**HAUSFELD**LLP

Fall 2009
- "Twombly, Iqbal and the Prisoner's Pleading Dilemma." Law360, October 22, 2009
- "The Value of ACPERA." Law360, June 2, 2009
- "Collective Redress for Competition Law Claimants." *The European Antitrust Review 2008*
- "Managing Multi-district Litigation." *The Antitrust Review of the Americas 2008*
- "A Victim's Culture." *European Business Law Review*, 2007

**Michael P. Lehmann**

Mr. Lehmann brings to the firm 29 years of experience as a business litigator, with a practice that ranged from class action litigation to business litigation on behalf of individual clients, and from extensive regulatory work before federal, state and international bodies to domestic and international arbitration.

Prior to joining Hausfeld LLP, Mr. Lehmann had worked since graduating from law school at what became Furth Lehmann LLP, where he eventually served as Managing Partner and in recent years has served as lead counsel for direct or indirect purchaser classes in numerous antitrust cases.

Education
- A.B. 1974, University of California at Berkeley
- J.D. 1977, Hastings College of the Law

Bar Admissions
- California

Affiliations
- American Bar Association

**Richard S. Lewis**

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation* and in *In re Chinese Manufactured Drywall Products Liability Litigation*.  In 2010, Mr. Lewis was a member of the trial team that obtained a comprehensive remediation and property damages verdict for seven Virginia homeowners.  Furthermore, Mr. Lewis handled various experts in the *Daubert* briefing and argument; and was successful in excluding significant portions of the defense experts' opinions.

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring and property damage relief for communities exposed to toxic chemicals from hazardous waste disposal practices or unsafe drugs. These include *In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards,  *Farnum v. Shell,* an oil spill pollution case in Barbados against international oil companies, that resulted in a settlement providing property damage compensation for 26 farmers and landowners, and *Harman v.*

**HAUSFELD** LLP

*Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases and is also handling environmental cases in India, and South Africa.

Education
- Tufts University, B.A., *cum laude*, 1976
- University of Michigan, M.P.H., 1981
- University of Pennsylvania, J.D., *cum laude*, 1986; *Law Review* comments editor

Bar Admissions
- District of Columbia

Affiliations & Honors
- Law clerk, after law school, for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey
- National Finalist for the 2010 Lawdragon 500, an annual guide to the "500 Leading Lawyers in America"

**William P. Butterfield**

A partner at Hausfeld LLP, Mr. Butterfield concentrates on antitrust litigation and is an internationally recognized authority on electronic discovery. Mr. Butterfield's recent achievements include settlements of over $120 million in a lawsuit alleging output restrictions in the wood products industry (*In Re OSB Antitrust Litigation*, (E.D. Pa.)), and almost $100 million in an antitrust case involving the chemical industry (*In Re Hydrogen Peroxide Antitrust Litigation*, (E.D. Pa.)).

Previously, Mr. Butterfield was one of the principal attorneys involved in nationwide litigation challenging lending practices conducted by one of the nation's largest sub-prime lenders. In that case, Mr. Butterfield worked extensively with the FTC and was responsible for bringing nationwide media and Congressional attention to lending practices conducted by Associates Finance. The plaintiffs and FTC eventually settled with Citigroup (which had acquired Associates Finance) for $240 million (*In Re Citigroup Loan Cases*, J.C.C.P. 4197).

Mr. Butterfield was also a principal attorney for the plaintiff classes in *In re Prudential Securities Limited Partnerships Litigation*, which settled for $137 million, and *In re PaineWebber Securities Litigation*, which settled for $200 million.

Mr. Butterfield has been a leader in the field of e-discovery since the early 1990s, when he helped design and implement an electronic document repository to manage more than 15 million pages of documents produced in a complex securities case. In 2005, Mr. Butterfield testified before the U.S. Judicial Conference Rules Committee regarding proposed electronic discovery amendments to the Federal Rules of Civil Procedure. Mr. Butterfield is on the Steering Committee of The Sedona Conference® Working Group on Electronic Document Retention and Production. He is also a member of the Sedona Conference® Working Group on International Electronic Information Management, Discovery and Disclosure. Mr. Butterfield serves on the faculty of Georgetown University Law Center's Advanced E-Discovery Institute and the Masters Conference Advisory Board. He is also an adjunct professor at American University, Washington College of Law, where he teaches a class on E-Discovery. Mr.

**HAUSFELD**LLP

Butterfield has testified as an expert witness on e-discovery issues, and speaks frequently on that topic domestically and abroad. Recently, he served as co-chair for the 12th Annual Sedona Conference® on Complex Litigation, and as a participant at the Duke University School of Law: 2010 Advisory Committee Conference on Civil Rules.

Mr. Butterfield began his legal career as an assistant prosecuting attorney for Montgomery County, Ohio. In private practice, he has served as outside counsel for federal banking agencies, where he investigated and litigated claims in connection with failed financial institutions. He has also defended individuals and companies in federal courts and administrative tribunals in matters involving securities and commodities fraud, insider trading, takeover litigation, broker-dealer violations and registration issues.

Education
- University of Toledo, College of Law, J.D., 1978
- Bowling Green State University, B.A., 1975

Bar Admissions
- District of Columbia
- Ohio (inactive)
- United States Court of Appeals for the Third Circuit
- United States District Court of Maryland
- United States District Court for the District of Columbia
- United States District Court, Eastern District of Michigan

Affiliations & Honors
- The Sedona Conference,® Steering Committee on E-Discovery
- Adjunct Professor, American University, Washington College of Law
- Georgetown University Law Center's Advanced E-Discovery Institute, Faculty Member
- Federal Judicial Conference, E-Discovery Seminar for Federal Judges, Faculty Member
- Masters Conference Advisory Board, Member

Publications
- William P. Butterfield, Conor R. Crowley, Melinda R. Coolidge, "Diving Deeper to Catch Bigger Fish," DESI III Conference, June 8, 2009,
- William P. Butterfield, Editor-in-Chief, *The Case for Cooperation*, 10 Sedona Conf. Journal, 339-362 (2009 Supp.)
- Thomas Y. Allman, William P. Butterfield, et al., *Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible*, 10 Sedona Conf. Journal at 281-298 (2009)

Speeches and Presentations
- "The Rule 26(f) Conference" PLI:  E-Discovery Guidance 2010, San Francisco, CA, December 5, 2010, Panelist
- "2010:  A Sanctions Odyssey" Georgetown Law Seventh Annual Advanced E-Discovery Institute: Identifying Today's Problems & Tomorrow's Solutions, Washington, DC, November 19, 2010, Panelist
- "Social Media:  E-Discovery in a Web 2.0 World"  The Masters Conference, Washington, DC, October 4, 2010, Panel Moderator

- Federal Judicial Conference E-Discovery Seminar for Federal Judges, Washington, DC, September 2010, Faculty
- "Duke Report from the 2010 Conference on Civil Litigation," Sedona Conference® Webinar, June 2010, Panelist
- <u>"The Truth about Metadata."</u>  ESI Bytes Podcast, June 2010, Speaker
- "Duke University School of Law: 2010 Advisory Committee Conference on Civil Rules," Durham, NC, May 2010, Participant and Panelist
- "12th Annual Sedona Conference on Complex Litigation," Phoenix, AZ, April 2010, Conference Co-chair
- "Implementing and Using Joint Repositories," LegalTech, New York, NY, February 2010, Panelist
- "Controlling E-Discovery Costs in Smaller Stakes Litigation," Georgetown Law Sixth Annual Advanced E-Discovery Institute: Identifying Today's Problems & Tomorrow's Solutions, Washington, DC, November 2009, Panelist
- **"**The First Year of the Cooperation Proclamation," Sedona Conference Webinar, November 2009, Co-Presenter
- "Paper or Plastic:  Is E-Discovery Optional?" Dayton Bench/Bar Conference, Dayton, OH, November 2009, Featured Speaker
- "Ethical Issues for Attorneys in Electronic Discovery," Master's Conference, Washington, DC, October 2009, Panelist
- "Risks, Rewards & Repositories: Addressing the Use of Joint Repositories in Discovery," Sedona Conference Webinar, October 2009, Co-Presenter
- Federal Judicial Center/Georgetown University Law Center E-Discovery Seminar, Washington, DC, September 2009, Faculty
- "Preservation, Legal Holds & Accessibility," Georgetown Law E-Discovery Training Academy, August 2009, Panelist
- "Commentary on Inactive Information Sources," Sedona Conference Webinar, August 2009, Co-Presenter
- "Supporting Search and Sense making for Electronically Stored Information in Discovery Proceedings," DESI III: Third International Workshop, Barcelona, Spain, June 2009, Speaker
- "Third Annual Program on Getting Ahead of the E-Discovery Curve," Sedona Conference, Philadelphia, PA, March 2009, Faculty
- "Preservation, Management, and Identification of Sources of Information That Are Not Reasonably Accessible," Fios Legaltech Luncheon, New York, NY, February 2009, Speaker
- Georgetown Law Center Fifth Annual Advanced E-Discovery Institute, Washington, DC, November 2008, Faculty
- "The Case for Cooperation in E Discovery," Sedona Conference, Palm Springs, CA, November 2008, Panelist
- "Mini Sedona Session," American Records Management Association Annual Meeting, Las Vegas, NV, October 2008, Panelist
- "Ethics & E-discovery: 'Reasonable Inquiry' in the Wake of *Qualcomm v. Broadcom*," ABA Section of Litigation and Center for CLE Teleconference and Live Audio Webcast, September 2008, Panelist
- "Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible," Sedona Conference Webinar, September 2008, Co-Presenter
- "E-Discovery in Antitrust Lawsuits and Investigations," Strafford Legal Teleconference, September 2008, Panelist

28

**HAUSFELD**LLP

- "Spoliation Sanctions," 2008 E-Discovery Training Program, sponsored by the Federal Judicial Center and Georgetown Law, Washington, DC, June 2008, Panelist
- "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigation: Managing and Producing Electronic Information under the Amended Federal Rules," Strafford Legal Teleconference, February 2008, Panelist
- "Preservation Duties Regarding Inaccessible ESI," Sedona Conference, Hilton Head, SC, November 2007, Panelist
- "The Digital Pre-Trial," National College of District Attorneys, Columbia, SC, September 2007, Speaker
- "Inaccessible ESI – Disclosure and Preservation Obligations," Sedona Conference, Phoenix, AZ, May 2007, Panelist
- "Plaintiffs' Bar Perspectives on New E-Discovery Rules," Legaltech Conference, New York, NY, January 2007, Panelist
- "Bench/Bar Introduction to Pending Electronic Discovery Amendments," Federal Bar Association Conference, Washington, DC, October 2006, Panelist
- "Electronic Discovery in Criminal Cases," National District Attorney's Association Conference, Santa Fe, NM, August 2006, Principal Speaker
- "Document Preservation and Spoliation," IQPC E Discovery Conference, Toronto, Canada, May 2006, Panelist
- "Electronic Discovery Amendments to the Federal Rules of Civil Procedure," Legaltech Conference, New York, NY, January 2006, Panelist

Expert Testimony

*Ischemia Research and Education Foundation v. Pfizer, Inc.*, No. 1-04CV-026653, Cal. Superior Court, Santa Clara County.  Retained by plaintiffs as expert witness regarding litigation hold and spoliation issues involving electronically stored Information.

Legislative Testimony

U.S. Judicial Conference Committee on Rules of Practice and Procedure regarding proposed electronic discovery amendments to the Federal Rules of Civil Procedure

**Christopher L. Lebsock**

A partner at Hausfeld LLP, Christopher L. Lebsock concentrates in civil litigation and trial practice.  He frequently represents consumers and businesses in antitrust and consumer litigation.  He has litigated cases against antitrust violators in the technology sector, including cartels involving Dynamic Random Access Memory, TFT-LCD panels used in monitors and televisions, and cathode-ray tubes.  Mr. Lebsock is also currently representing foreign and domestic consumers and businesses in their efforts to recover from airlines that overcharged them for passenger air travel between the United States and Asia/Oceania.

These and other cases in which Mr. Lebsock is involved have a significant international aspect to them, and given the global nature of trade today, future antitrust litigation will almost certainly affect commerce around the globe.  Mr. Lebsock is actively engaged in a truly global antitrust practice—one that provides businesses and consumers victimized by cartel activity an opportunity to press and defend their rights in jurisdictions throughout the world.  He regularly consults with clients, trade associations, and law firms in Asia about competition issues.

**HAUSFELD**LLP

Domestically, Mr. Lebsock recently tried *Savaglio v. Wal-Mart* on behalf of 119,000 hourly employees that were deprived of their meal periods by Wal-Mart.  Following a four month trial, the jury returned a verdict in favor of Mr. Lebsock's clients in the amount of $172 million.  This achievement stands as one of the most satisfying of his career, due primarily to the vast inequality in the employment relationship between Wal-Mart and its hourly employees.  Notably the jury's award included $115 million in punitive damages against Wal-Mart for the way it consciously and systematically disregarded the rights of its employees.  He represents clients in the trial courts throughout the United States and on appeal.

Mr. Lebsock also represents investors in matters concerning United States securities laws, and recently represented a public company recover liquidity of its auction rate securities holdings from its investment advisor.  Occasionally, Mr. Lebsock represents individuals that have been seriously injured by the negligence or wrongdoing of others.

Education
- University of Colorado, Boulder, B.A., 1993; Phi Beta Kappa
- University of California, Hastings College of the Law, J.D., 1996

Bar Admissions
- California Supreme Court
- Northern District of California
- Eastern District of California
- Central District of California
- Ninth Circuit Court of Appeals

Affiliations & Honors
- State Bar of California, Member
- American Bar Association, Member
- *Hastings Constitutional Law Quarterly,* former Senior Managing Editor

Publications
- "Evolving Class Certification Standards in Federal Courts," The Journal of State Bar of California Litigation Section, November 3, 2010;
- "Dismissal Standards Following Bell Atlantic v. Twombly - A One-Year Retrospective," *The Antitrust Review of the Americas* (2009);
- "Pimco: Another Guidepost for Class Certification," *Law 360* (23 September 2009)

**Andrew B. Bullion**

Andrew Bullion has extensive complex litigation experience representing both plaintiffs and defendants, from client retention and servicing, case inception, discovery and motion practice, through trial. Prior to joining the firm, Bullion spent several years as a litigator in private practice in Philadelphia, handling complex commercial matters, including antitrust, tort and intellectual property litigation. During law school Bullion clerked at the Bureau of Competition of the United States Federal Trade Commission under Bureau Director William J. Baer and Chairman Robert Pitofksy. Bullion also worked for Advokatfirman Vinge KB, Sweden's largest law firm.

**HAUSFELD**LLP

Bullion currently represents major corporations large-scale international antitrust cartel litigations. These include matters in United States federal court (*inter alia* versus the air cargo services price-fixing cartel) in the High Court in London, England (versus the carglass and the paraffin wax price-fixing and market allocation cartels) the Competition Appeals Tribunal in London (*inter alia* versus the carbon and graphite products cartel) and the Court of Justice of Rotterdam, the Netherlands (versus the lift & escalator cartel). Among these clients are European automotive manufacturers, several national railways, manufacturing corporation members of the Forbes Global 500, and Global Brand Top 150 retailers. Bullion also is currently defending one of the world's top freight forwarders against allegations of price-fixing, in a complex litigation brought in the E.D.N.Y. against nearly 60 freight-forwarder defendants. Bullion also provides antitrust consulting to several multinational companies and co-drafted the internal litigation policy of one of the world's largest retailers.

Bullion is fluent in the Swedish language, and is a member of AIJA (Association Internationale des Jeunes Avocats – International Association of Young Lawyers) and the American Bar Association's Antitrust Section. Bullion is a regular speaker before trade associations and business groups on antitrust and cartel issues.

Education
- Villanova University, B.A., 1989
- Villanova University School of Law, J.D., 1996
- Oxford-Oxford Brookes University -- Oxford Institute of Legal Practice: Administered Study Program, and Certificate of Completion.  England & Wales Qualified Solicitors Licensing Transfer Test (*Anticipated March 2011*).

Bar Admissions
- District of Columbia
- New Jersey
- Pennsylvania
- District Courts for District of Columbia, Eastern District of Pennsylvania and the New Jersey District
- Third Circuit Court of Appeals
- United States Tax Court.
- Solicitor, England & Wales (*Anticipated July 2011*)

**Jon T. King**

Mr. King is a partner at Hausfeld LLP's San Francisco office, and represents plaintiffs in numerous high-profile competition matters, including antitrust cases, and in other complex litigation.  He has been recognized as a top plaintiff's attorney by Levick Strategic Communications, one of the nation's leading crisis management firms for corporations and individuals facing high-profile legal issues.

Mr. King currently is one of the lead attorneys for the plaintiffs in *In re NCAA Student-Athlete Name & Licensing Litigation*, a nationwide class action pending in the U.S. District Court for the Northern District of CA.  In this action that has drawn intense national interest, also known as the *O'Bannon* and *Keller*

**HAUSFELD** LLP

litigation, Mr. King represents putative classes of current and former NCAA men's Division I basketball and football players who assert antitrust and right of publicity claims and contend that the NCAA, Electronic Arts, and others unlawfully used the players' images and likenesses in video-games in addition to a host of other products.

Mr. King has been quoted and cited in numerous publications regarding sports as well as competition law matters, including in *The New York Times*, *USA Today, Sports Illustrated, Forbes, ESPN.com, Bloomberg* news, *SportsBusiness Journal, The Chronicle of Higher Education*, *Yahoo! Sports,* and has been interviewed on NPR Radio, CBS Radio, and numerous other forums.

He began his legal career in Los Angeles at Skadden, Arps, Slate, Meagher & Flom LLP, one of the largest law firms in the world, where he worked on matters for the National Football League and various entertainment industry companies. Mr. King has counseled and advised athletes in numerous other matters, including licensing deals, labor relations issues, eligibility, and endorsement / personal appearance issues.

Mr. King currently represents the Golden Gate Bridge, Highway & Transportation District, the governmental entity that operates the world famous Golden Gate Bridge and various transit systems, as one of the plaintiffs in *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1663 (D.N.J.), a case that has resulted in approximately $220 million in settlements to date.  Mr. King also counseled a federal governmental entity, a leading California utility company, and various large corporations with respect to settlement rights in that matter.  Other active matters of Mr. King's include nationwide antitrust litigation regarding the LCD, automotive lighting, and railroad industries.

Other current plaintiff clients of Mr. King's include a major publically-traded Silicon Valley corporation that has filed arbitration against its investment bank regarding alleged wrongful financial advice with respect to $10 million in investments in auction rate securities.

Last year, Mr. King served as plaintiff's co-lead trial counsel in a case in regarding the insurance industry in which the plaintiff obtained a jury verdict four times greater than the last settlement offer, prior to confidential settlement after trial.  Mr. King also served as co-lead arbitration counsel in a two week arbitration regarding the distribution of financial products.  Recent depositions includes taking the depositions of several top executives of Union Pacific railroad in Omaha in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, and taking the depositions in Taipei, Taiwan of several of the world's top automotive lighting executives in *In re Aftermarket Automotive Lighting Products Antitrust Litigation*.

With respect to international disputes, Mr. King represented the leading French consumer association UFC-Que Choisir in connection with its efforts to gather evidence to prepare European antitrust litigation against Intel Corporation related to the litigation in the United States captioned *In re Intel Corporation Microprocessor Antitrust Litigation*, MDL No. 1717 (D. Del.), in which plaintiffs allege monopolization of the market for x86 microprocessors.  Mr. King also worked on an international arbitration matter for ARCO Oil Company relating to a contractual dispute.

**HAUSFELD**LLP

Prior to joining the firm, Mr. King practiced antitrust law for eight years at The Furth Firm LLP, a San Francisco plaintiffs' firm, and for one year at Cohen Milstein Hausfeld & Toll, P.L.L.C., out of which the Hausfeld firm was born.  At those firms, Mr. King has worked on dozens of direct and indirect purchaser actions that resulted in hundreds of millions of dollars in settlements.  At The Furth Firm, Mr. King was appointed as plaintiffs' interim liaison counsel in the complex antitrust case captioned *Hydrogen Peroxide Cases* (San Francisco Superior Court, JCCP No. 4416), and he has been quoted on antitrust class action topics in *Rubber & Plastics News* and *Competition Law 360*.  Mr. King also served on the 2009 Editorial Advisory Board for *Competition Law360* as the only representative from a plaintiffs' firm.

Mr. King also has counseled numerous individual, corporate and governmental entities regarding proposed mergers in several industries, has counseled a leading California winery with respect to a distributor dispute before a state alcoholic beverage commission. With respect to merger issues, Mr. King advised the City and County of San Francisco regarding the proposed merger of two hospital groups, advised numerous individuals, a hospital association, a medical center, a doctors' association and an insurance company trade association with respect to challenges to a proposed insurance company merger, and has consulted on issues regarding the merger of media entities.

Mr. King also works as a member of the firm's International Practice, and has conducted recent meetings in China, Japan, and Korea in conjunction with several of the firm's international litigation matters.

Education
- Santa Clara University, B.A.
- University of California, Hastings College of Law, San Francisco, *cum laude*, J.D.; editor-in-chief, *Hastings Law Journal*; member, Order of the Coif

Bar Admissions
- All California state courts
- The U.S. District Courts for the Northern, Central and Eastern Districts of California
- The U.S. Court of Appeals for the Ninth Circuit
- *Pro hac vice* admission to Alaska, Arizona, Delaware, Connecticut, New Jersey, New York, Oklahoma, Texas, and Washington

Affiliations & Honors
- Member, 2009 Editorial Advisory Board, *Competition Law360*
- Clerked for the Honorable John M. Munter in San Francisco Superior Court

Speeches and Presentations:
- American Bar Association, 2010 National Convention, ABA Forum on the Entertainment and Sports Industries, panelist on "*From Music, Film and Art to Motorcycles and Other Sports:  Hot Issues and Disputes in Entertainment, Art and Sports Licensing Deals*."
- Santa Clara University Law School, 2010 Sports Law Symposium, panelist on "*Current Sports Law Issues:  Concussions, Steroids, and the Use of Player Images*"
- Florida Coastal University School of Law 2010 Sports Law Panel, panelist on "*Exploitation of the Student-Athlete? Evaluating Bloom, Oliver, O'Bannon and Keller*"

HAUSFELD LLP

- Santa Clara University Law School, 2010, panelist with General Counsel of Sony Computer Entertainment America at event on intersection of intellectual property law and sports and entertainment industries

**Brian A. Ratner**

Mr. Ratner, a partner at the firm, has extensive experience representing domestic and foreign businesses and individuals in complex litigation at the trial and appellate levels. He is particularly experienced in the prosecution of antitrust litigation in federal and state courts throughout the United States, on behalf of direct and indirect purchasers alleging price-fixing and monopolization.

Mr. Ratner was named to the Legal Times 2009 "40 under 40" list, which recognized rising legal stars expected to play a key role in the Greater Washington legal community for years to come.  He was also recently featured in The Legal 500 where Hausfeld LLP was named as a Tier 1 firm nationwide in plaintiff antitrust litigation.

Mr. Ratner has litigated the matter of *In Re Vitamins Antitrust Litigation* (D.D.C.) on behalf of two certified classes of vitamin direct purchasers who were overcharged as a result of a ten-year global price-fixing and market allocation conspiracy. The case settled for over $1 billion. Mr. Ratner was a key member of a 2003 trial team in the case, in which a jury awarded a class of choline chloride purchasers more than $148 million in trebled damages - the twelfth largest U.S. jury verdict in 2003.  Mr. Ratner has also litigated, among other matters: *Empagran, S.A. et al. v. F. Hoffmann-LaRoche, Ltd., et al.* (D.D.C.), a case alleging a global vitamins price-fixing and market allocation conspiracy on behalf of foreign purchasers (remanded by U.S. Supreme Court); *Oncology & Radiation Associates v. Bristol-Myers Squibb Co.* (D.D.C.), alleging monopolization against a drug manufacturer, which settled for $65 million; *Molecular Diagnostics Laboratories v. Hoffmann-La Roche, Inc., et al.* (D.D.C.), alleging unlawful monopolization on behalf of a class of purchasers of an enzyme used in DNA amplification, human-genome research, and medical diagnostics, which settled for $33 million; and *In Re Vitamin C Antitrust Litigation* (E.D.N.Y.), alleging a conspiracy by Chinese manufacturers to fix prices and control the supply of vitamin C for export.

Mr. Ratner's substantial international work has included representing cartel victims in settlement negotiations and European courts. He currently represents purchasers of paraffin wax, air freight services, car glass, and marine hose who are seeking to recover losses in the UK as a result of price-fixing cartels. His work in the marine hose matter helped lead to a landmark private global settlement agreement with cartelist Parker ITR. Mr. Ratner has also lectured, organized conferences, and published articles on issues such as the private civil enforcement of competition laws and the mechanisms for collective redress around the world.

Prior to joining Hausfeld LLP, Mr. Ratner was a partner at Cohen, Milstein, Hausfeld & Toll, PLLC, in its antitrust and international practice groups.  He began his career at Jones, Day, Reavis & Pogue, where he focused on complex civil and commercial litigation, antitrust counseling, and merger clearance work related to the CBS/Viacom and AOL/Time Warner mergers.

Education
- University of Indiana, Bloomington, B.A., 1996

**HAUSFELD**LLP

- University of Pittsburgh School of Law, J.D., 1999; managing editor, *Journal of Law and Commerce*

Bar Admissions
- Pennsylvania
- New Jersey
- District of Columbia
- The United States Supreme Court
- Several federal courts

Honors and Publications
- Featured in *The Legal 500* where Hausfeld LLP was named as a Tier 1 firm in plaintiff antitrust litigation, June 15, 2010
- Named in the 2009 *Legal Times* "40 under 40" list recognizing rising legal stars in Washington, July 14, 2009
- Co-Author, "Principles and Objectives of Formal and Informal Settlements in EU Competition Cases:  The Claimant's Perspective," paper submitted for the European University Institute's 13th Annual Competition Law & Policy Workshop, publication forthcoming
- Co-Author, "A Proposal for a Transitional Forum," submitted for Antitrust Claims Against Foreign Firms and Cartels conference (Law Seminars International), September 7-8, 2006

**Megan E. Jones**

Partner Megan Jones specializes in recovering damages for corporate victims of antitrust cartels. Recoveries from the cases she has been involved in total over half a billion dollars:  *In re Polyester Staple Antitrust Litigation* (W.D.N.C) ($63.5 million on behalf of the class); *In re Compact Disc Antitrust Litigation* (C.D.Ca.) (over $50 million on behalf of class); *In re Rubber Chemicals Antitrust Litigation* (N.D. Ca.) (over $100 million on behalf of class); *In re MMA Antitrust Litigation* (E.D. Pa.) (over $20 million on behalf of class); *In re EPDM Antitrust Litigation* (D. Conn.) ($81 million on behalf of the class).  Ms. Jones was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

Despite the fact that her typical cases include millions of pages of evidence, several multinational parties, and a multitude of counsel, Ms. Jones is legendary for relentlessly focusing on the litigation endgame – to develop and find the facts necessary to win the case. For example, faced with over 1.5 million pages of documents produced by the opposing side, Ms. Jones organized her team to identify the 2300 key documents in the case in under four months' time. Ms. Jones then used these 2300 key documents to depose over 20 witnesses, uphold a class certification decision at the Circuit level, defeat summary judgment at the district court and prepare for trial (which ultimately settled successfully on the courthouse steps).  Marshaling scores of co-counsel, Jones whittled a mountain of evidence down to what was needed to win – and then did.

Based on her experience, Ms. Jones was asked to speak in Sydney, Australia at the American Bar Association's 2010 "*Cross-Border Collaboration, Convergence and Conflict: The Internationalization of*

HAUSFELD LLP

*Domestic Law and Its Consequences"* with other luminaries from the U.S. and Australian Bar, including Hon. Justice Antonin Scalia; Sir Anthony Mason AC KBE AC, Former Chief Justice of the High Court of Australia; The Honorable Jeffrey Bleich, U.S. Ambassador to Australia; Graeme Samuel, AO, Chairman of the Australian Competition and Consumer Commission; Tony D'Aloisio, Chairman of the Australian Securities and Investment Commission; and many others from the profession in Australia and the U.S. Ms. Jones has also spoken at what is widely known as the "crown jewel" of antitrust conferences, at the American Bar Association's *Antitrust Masters Course.*

In 2010, Ms. Jones was the only female antitrust practitioner who had two of her cases featured in the National Law Journal's Plaintiffs' Hot List, which named the top twelve plaintiffs' law firms in the U.S.

Experienced with high dollar litigation and with a results-driven management style, it is little wonder that Ms. Jones was tapped to be Chairwoman of Hausfeld LLP's New Case Committee at the firm, which is responsible for approving all new cases filed by the firm.   Jones is skilled at evaluating potential cases, thoroughly vetting them for their strengths and weaknesses.

When electronic discovery came on the scene, Ms. Jones quickly adapted to the new paradigm of finding evidence.  Jones is a member of The Sedona Conference®, which is composed of leading jurists, lawyers, experts, academics and others, at the cutting edge of issues in electronic discovery.  She is the co-author of *The Sedona Conference Glossary: E-Discovery and Digital Management* (2nd Ed). (Dec. 2007) and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*, and was recently selected to be on the drafting team of Discovery 2.0, the conference's next work on how discovery should be conducted.   Ms. Jones was also featured in a podcast about cost-shifting in electronic discovery with the Honorable James C. Francis, IV, Magistrate Judge from the Southern District of New York, and Robert W. Trenchard, the chair of Wilmer Hale's E-Discovery Committee.

Ms. Jones also knows that in litigation, experience is the best teacher.  Faced with organizations that were not addressing issues from the cartel victims' perspective, she created an organization herself dedicated to antitrust practitioners exchanging best practices and information.  She is the creator and founder of *Women Antitrust Plaintiffs' Attorneys* (www.womenantitrustattorneys.com), a national organization for women who primarily practice cartel law on behalf of victims, attracting luminaries within the antitrust field to its annual conference.  This conference has grown in popularity, and in 2009, representatives from over twenty law firms from across the U.S. attended.  The growing impact of this organization is demonstrated by the caliber of speakers it is attracting:  in addition to having four federal judges as speakers, the Keynote Address at the 2010 conference was given by Wendy H. Waszmer, Counsel to Assistant Attorney General Christine A. Varney from the U.S. Department of Justice, Antitrust Division.

Education
- North Carolina State University in Raleigh, NC, *magna cum laude*, B.A., 1995
- University of North Carolina at Chapel Hill School of Law, J.D., 1999

Bar Admissions
- District of Columbia
- Maryland

36

**HAUSFELD**LLP

- North Carolina

Affiliations
- Founder of Women Antitrust Plaintiffs' Attorney network group, 2008

Publications
- *"E Discovery Today:  The Fault Lies Not In Our Rules . . .,,"* paper presented at Duke University School of Law:  2010 Advisory Committee Conference on Civil Rules; publication pending in Federal Courts Law Review (FCLR)
- "Giving Electronic Discovery a Chance to Grow Up," The National Law Journal, December 15, 2009
- "Observations from the Field: ACPERA's First Five Years," The Sedona Conference Journal, Fall 2009
- CLE Speaker, "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigations: Managing and Producing Electronic Information Under the Amended Federal Rules," March 2009
- Antitrust Law Developments, 7th Edition, co-author of chapter on Non-Price Vertical Restraint, published by the American Bar Association, 2008
- Co-author of *The Sedona Conference Glossary: E-Discovery and Digital Information Management* (2nd edition), December 2007
- Co-author of *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*, published by The Sedona Conference
- Author of "Litigator 101," an ABA series regarding best practices in drafting discovery

**Hilary K. Scherrer**

Ms. Scherrer is a partner in Hausfeld LLP's Washington, DC office.  She has extensive experience representing businesses and individuals in antitrust, consumer fraud, and other complex litigation matters, at both the trial court and appellate court levels.  She also has experience working on international settlement matters.

Ms. Scherrer is one of the principal attorneys in several high-profile domestic and international antitrust cases.  She manages all day-to-day aspects of the litigation in *In re Chocolate Confectionary Antitrust Litigation* (M.D. Pa.), a case alleging that the major chocolate manufacturers, Nestle, Mars, Cadbury and Hershey conspired to fix the prices of chocolate candy and *Animalfeeds International Corp. et al. v. Stolt-Nielsen SA et al.*, an arbitration regarding alleged customer allocation and bid rigging in the parcel tankers shipping industry.  Additionally, she manages electronic discovery in *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), in which a partial settlement of $85 million was reached with defendants Deutsche AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd.

Ms. Scherrer works on a number of other antitrust cases, including:  *Bruce Foods Corporation v. SK Foods, LP et al.* (E.D. Cal.); *In re Aftermarket Filters Antitrust Litigation* (N.D. Il.); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Publication Paper Antitrust Litigation* (D. Conn.); and *Ace Delivery and Moving, Inc. v. Horizon Lines LLC et al.* (D. Alaska).

HAUSFELD LLP

In addition to her current work on antitrust cases, Ms. Scherrer represents Holocaust victims in a breach of contract case alleging certain German corporations failed to pay appropriate interest due on their payments to a reparations fund.

Prior to joining Hausfeld LLP, Ms. Scherrer litigated antitrust, consumer fraud, employment, and ERISA cases at firms in Washington, DC, and San Francisco, CA.  Among other cases, Ms. Scherrer was involved in Schwab v. Philip Morris USA et al. (E.D.N.Y.), the largest class action ever certified, in which the plaintiffs alleged a RICO conspiracy and fraud in connection with the marketing and sale of "light" cigarettes.

Education
- University of Colorado, Boulder, B.A., 1996
- American University Washington College of Law, J.D., cum laude, 2000

Bar Admissions
- California
- District of Columbia

Affiliations & Honors
- Interned during law school at the United States Supreme Court in the Office of Legal Counsel and for the Honorable Ricardo M. Urbina of the United States District Court for the District of Columbia
- *Law360 Competition* Editorial Advisory Board

**James J. Pizzirusso**

Mr. Pizzirusso is a partner in Hausfeld LLP's Washington, DC office.  His practice focuses primarily on consumer protection, antitrust, and environmental health.  In addition to practicing law, Mr. Pizzirusso has served as a Visiting Professor at George Washington University Law School.

Mr. Pizzirusso heads Hausfeld LLP's Consumer Protection practice group and was one of the court-appointed, co-lead counsel in *In re Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation* (D. Md.) ($8 million nationwide settlement) and *Radosti v. Envision EMI, LLC*, (D.D.C.) ($17.5 million nationwide settlement).  He is currently serving as one of the lead counsel in *Wolph v. Acer America, Inc.* (N.D. Cal.) and *In re PS3 "Other OS" Litigation* (N.D. Cal.).  He was also recently involved in *Pelletz v. Advanced Environmental Recycling Technologies, Inc.* (W.D. Wa.) and *Ross v. Trex, Inc.* (N.D. Cal.) -- both of which resulted in nationwide settlements on behalf of owners of defective decking materials.

In the antitrust field, Mr. Pizzirusso represents clients alleging price fixing and collusion in various agricultural sectors.  Mr. Pizzirusso is one of the principal attorneys in *In re Processed Egg Products Antitrust Litigation* (E.D. Pa.) ($25 million settlement with one defendant pending) and *Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho* (D. Idaho) (alleging nationwide supply reduction and price fixing conspiracy in the potato industry).  He is

**HAUSFELD**LLP

also actively involved in *Piazza's Carpet and Tile Shop v. Hickory Spring Manufacturing Co.* (W.D.N.C.) (alleging price fixing and customer allocation conspiracy in the polyurethane foam industry).

Mr. Pizzirusso's practice also includes domestic and international environmental and public health litigation.  He recently successfully resolved the claims of numerous farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a massive jet fuel spill.

Mr. Pizzirusso has been asked to appear as a panelist at several conferences around the country and presented on topics including consumer protection law, toxic torts, and public interest litigation.  Mr. Pizzirusso is also the author of several published papers.

Education
- University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998
- George Washington University Law School, with honors, 2001

Bar Admissions
- District of Columbia
- Virginia
- The Supreme Court of the United States
- The Fourth Circuit Court of Appeals
- Several federal district courts

Affiliations & Honors
- Adjunct Professor, Environmental and Toxic Torts, George Washington University Law School, 2009
- Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic, George Washington University Law School, 2007

Publications and Honors
- author, "Liberalizing Rule 27 in the Twombly/Iqbal Era," *Law 360* (November 11, 2009)
- author, "Utilizing Novel Technologies to Sustain Trespass and Battery as Toxic Torts," *The Environmental Litigator* (Spring, 2008)
- author, "Agency Rule-Making Power and the Clean Air Act: Putting the Brakes on American Trucking," Spring 2001 Term: Whitman v. American Trucking Associations, Inc., 7 *Environmental Law* 729 (June, 2001)
- author, "Increased Risk, Fear of Disease and Medical Monitoring – Are Novel Damage Claims Enough to Overcome Causation Difficulties in Toxic Torts?" 7 *Environmental Law* 183 (September, 2000)
- Mr. Pizzirusso was recently profiled in the Lawdragon's Lawyer Limelight: http://www.lawdragon.com/index.php/newdragon/fullstory/lawyer_limelight_james_pizzirusso/

Presentations
- "Toxic Trespass and Other New and Emerging Toxic Torts," ABA COMMITTEES JOINT CLE SEMINAR, January, 2008, Snowmass, CO
- "Strategies for Pursuing Litigation Remedies," NORTHEAST REGIONAL CONFERENCE ON ELIMINATING CHILDHOOD LEAD POISONING, November, 2006, Providence, RI

**HAUSFELD**LLP

- "Outlook for Litigation," NORTH CENTRAL REGIONAL CONFERENCE ON ELIMINATING CHILDHOOD LEAD POISONING, September, 2006, Chicago, IL
- "Developing Novel Theories of Recovery in Toxic Tort Litigation," CONTAMINATION EXAMINATION: A WORKSHOP ON THE CHANGING FACE OF CHEMICAL CONTAMINATION LITIGATION, ABA CLE Program - September, 2006, Wilmington, DE
- "Consumer Protection Law," D.C. BAR ANIMAL LAW CONFERENCE, American University Washington College of Law - April, 2004, Washington, DC
- "Public Interest Tort Litigation: Using Private Tort Actions to Further Environmental Justice & Public Ends," THE PUBLIC INTEREST ENVIRONMENTAL LAW CONFERENCE, - University of Oregon School of Law - March, 2003, Eugene, OR

## Brent W. Landau

Mr. Landau is a partner in Hausfeld LLP's Philadelphia office. His practice focuses on representing plaintiffs in complex antitrust and consumer protection litigation. He has litigated claims of price-fixing and monopolization involving products and industries as varied as vitamins, microprocessors, transparent tape, medical devices, and stock car racing. In other cases, his clients have included consumers defrauded by manufacturers of "light" cigarettes and Indonesian villagers subjected to human rights abuses. The *Legal 500* has recommended him as "very professional and personable."

Mr. Landau graduated from the State University of New York at Binghamton, where he received a B.A. in History and Philosophy (*summa cum laude*, 1998) and was a member of Phi Beta Kappa. He obtained his law degree from Harvard Law School (*cum laude*, 2001), where he was co-chairperson of the Tenant Advocacy Project and a supervising editor of the *Harvard Journal on Legislation*.

After law school, Mr. Landau served as a judicial law clerk to the Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania. He then worked for six years at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. before joining Hausfeld LLP.

Mr. Landau has been invited to speak on panels regarding the antitrust laws and other topics and is the author of several published articles. He is a member of the editorial board of *The Antitrust Practitioner*, an editor of *Antitrust Law Developments*, and a mediator in the Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program.

Currently, among other matters, Mr. Landau is counsel for the plaintiffs in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.), which has resulted in approximately $250 million in settlements to date.

Education
- State University of New York at Binghamton, B.A., summa cum laude, 1998;
- Harvard Law School, J.D., *cum laude*, 2001

Bar Admissions
- Pennsylvania
- New York

40

**HAUSFELD**LLP

- District of Columbia
- United States District Court for the District of Columbia
- United States District Court for the Eastern District of Pennsylvania
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Ninth Circuit

Affiliations & Honors
- Judicial law clerk to Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania (2001-2002)
- Member, Editorial Board, *The Antitrust Practitioner*
- Editor, *Antitrust Law Developments*
- Mediator, Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program
- Recommended Lawyer, *Legal 500 (2010)*

Publications
- Has *Hydrogen Peroxide* Really Made Antitrust Class Certification More Difficult?," *The Antitrust Practitioner* (2010)
- "Sovereign Immunity and You: How New York State Employees Can Enforce Their Federal Employment Rights," United University Professions Working Paper Series (2005)
- "State Employees and Sovereign Immunity: Alternatives and Strategies for Enforcing Federal Employment Laws," 39 *Harv. J. on Legis.* 169 (2002)
- "State Bans on City Gun Lawsuits," 37 *Harv. J. on Legis.* 623 (2000)

Presentations
- ABA Section of Antitrust Law, *Types of Restraints that Violate Section 1* (2010)
- United University Professions, *Preserving the Rights of Public Employees* (2005)

**Arthur N. Bailey, Jr.**

Mr. Bailey is a partner at the firm who has worked on multidistrict antitrust matters including *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.), alleging a conspiracy by manufacturers to fix prices of TFT-LCD panels used in products such as computer monitors, televisions, and cell phones; *In re Rail Freight Fuel Surcharge Antitrust Litigation* (D.D.C.), alleging price fixing of rail freight fuel surcharges by the nation's dominant freight-shipping railroads, and *In re Aftermarket Automotive Lighting Products Litigation*, MDL 2007 (C.D. Cal.), a case alleging a conspiracy by manufacturers to fix prices of aftermarket auto lights and lamps.

Other cases Mr. Bailey has worked on include *Bruce Foods Corporation vs. SK Foods, LP. et al.,* (E.D. Cal.), alleging a conspiracy by processors to fix prices of processed tomato products, and *In re Student-Athlete Name & Likeness Licensing Litigation* (N.D. Cal.) a case alleging antitrust violations by the NCAA and its member schools involving the commercial use of the likenesses of its student-athletes.

Mr. Bailey is also the author of an amicus curiae brief filed on behalf of the California Teachers Association in the Proposition 8 same-sex marriage case pending before the Ninth Circuit Court of Appeals.

HAUSFELD LLP

Prior to joining the firm, Mr. Bailey was an attorney at Cohen, Milstein, Hausfeld & Toll, PLLC, as a member of its antitrust practice group. He also was employed at Kaplan Fox & Kilsheimer LLP where he worked on antitrust, securities fraud and consumer fraud class action cases.

Education
- Wooster College, BA., 1984
- University of Tulsa, J.D., 1999

Bar Admissions
- California

## Ralph J. Bunche

Ralph Bunche is an associate in the firm's Washington D.C. office. He joined in August 2009. Prior to joining the firm, Mr. Bunche was the legal advisor to Liberia's Minister of Finance where he worked on a range of matters, including legislative and regulatory reform of the tax and investment laws and the negotiation and implementation of concession (extractive and agricultural) and debt cancellation agreements. Prior to this, he was an associate at O'Melveny & Myers LLP focusing on antitrust and securities litigation.

Mr. Bunche's experience encompasses work on a range of sectors — including iron ore, petroleum, energy, rubber chemicals, natural rubber, palm oil, cocoa, eggs, dynamic random access memory, and securities brokers — and in a number of countries — including Bosnia-Herzegovina, India, South Africa, and Liberia.

Education
- Keele University (UK), B.A., (PPE)
- Essex University (UK), M.A., Human Rights
- Columbia University School of Law, J.D.

Bar Admissions
- New York

## Melinda Coolidge

Ms. Coolidge is an associate at the firm focusing on antitrust and consumer cases. She is currently involved in several cases, including *In re International Air Transportation Surcharge Antitrust Litigation*, MDL 1793, involving an international cartel among major airlines to fix the price of fuel surcharges for passenger flights, and *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775, involving fixing prices of cargo shipments worldwide.

Prior to joining the firm, Ms. Coolidge served as a research assistant to Former Commissioner of the Federal Trade Commission, Robert Pitofsky, conducting research for his casebook, Trade Regulation, and for his book on the impact of conservative economic analysis on antitrust law, *Where the Chicago School Overshot the Mark*. She also served as the Senior Articles Editor on the Georgetown Journal of Gender

and the Law.  During her summers in law school, she worked at a boutique litigation firm representing whistleblowers against the government and at Heller Ehrman, LLP.  Prior to attending law school, she worked at Public Citizen, a national consumer advocacy non-profit organization.

Education
- Tufts University, International Relations and French, B.A., 2003 (magna cum laude)
- Georgetown University Law Center, J.D., 2008 (cum laude)

Bar Admissions
- Maryland

**Reena Gambhir**

Ms. Gambhir is a partner in the firm who has worked on, among other antitrust class actions, *In re Hydrogen Peroxide Antitrust Litigation* (E.D.Pa.) and *In re Pressure Sensitive Labelstock Antitrust Litigation* (M.D.Pa) alleging price-fixing on behalf of purchasers. Among other international and pro bono matters, Ms. Gambhir represented detainees being held at the U.S. government's detention facility in Guantanamo Bay, and residents of Bhopal, India who are exposed to the 1984 Union Carbide gas leak's uncontrolled remaining toxic waste.

Prior to joining the Firm, Ms. Gambhir served as a law clerk at the Public Defenders Service for the District of Columbia and the Washington Legal Clinic for the Homeless. In addition, she studied in the International Human Rights Law program at Oxford University, and was a student attorney in the International Human Rights Clinic at the George Washington University Law School. Prior to law school, Ms. Gambhir worked as a paralegal at an immigration law firm in Boston, Massachusetts.

Education
- Boston College, English Literature, B.A., (minor in American Gender and Race Studies) (cum laude) 1999
- University of Chicago, M.A., Humanities, 2000
- National Law Center, George Washington University, J.D., 2004 (with Honors)

Bar Admissions
- Massachusetts
- Application to practice in New York pending. Supervised by principals of the firm.
- Application to practice in the District of Columbia pending. Supervised by principals of the firm.

Affiliations & Honors
- National Law Center, George Washington University, Thurgood Marshall Scholar

**Sathya S. Gosselin**

Mr. Gosselin is an associate in Hausfeld LLP's antitrust practice group.  He is currently involved in several matters, including *In re Rail Freight Fuel Surcharge Antitrust Litigation* (D.D.C.), in which

HAUSFELD LLP

shippers nationwide seek damages for alleged price-fixing of rail-freight fuel surcharges by the nation's largest freight-shipping railroads, and *In re Flat Glass Antitrust Litigation (II)* (W.D. Pa.), in which plaintiffs allege price-fixing by manufacturers of flat glass used in the construction industry.

Prior to joining the firm, Mr. Gosselin served as a staff law clerk for the United States Court of Appeals for the Seventh Circuit (2007-2009).  During law school, he was an extern with the Texas Civil Rights Project in Austin, Texas; a summer law clerk with Texas RioGrande Legal Aid; and a summer associate with two law firms engaged in civil rights and antitrust litigation.

<u>Education</u>
- Vassar College, B.A., Religion, 1999 (with Honors)
- Cornell Law School, J.D., 2007

<u>Bar Admissions</u>
- California
- District of Columbia Bar

<u>Affiliations & Honors</u>
- Symposium Editor, *Cornell Law Review*

HAUSFELD LLP

**Annex 4** – Hausfeld & Co. LLP

Hausfeld & Co. LLP, the London affiliate of Hausfeld LLP, is dedicated to achieving justice for victims of economic abuse, crimes against society and human rights violations worldwide. The firm works to preserve a key element of the justice system – the ability to restore integrity to society.  Its clients are businesses and individuals, singly and in group actions.

Hausfeld & Co. has a strong track record in recovering compensation for European claimants. Its services improve the ability of European investors and businesses to participate in antitrust and other actions for collective redress within the U.S.

The firm is developing effective means for the private enforcement of competition laws in Europe. Its attorneys are in dialogue with competition and economic regulators, defendants, their advisors and the practicing and academic legal communities.  In London, the firm leverages its relationships with renowned economists and consulting firms to bring economic, accounting, and business advice to our work for claimants.

Practice Areas

Antitrust / Competition
Consumer Protection
Civil and Human Rights
Financial Services

Cases

Hausfeld & Co. is currently taking action against British Airways ("BA") in the High Court, London, on behalf of claimants who suffered loss as a consequence of BA's involvement with a number of other airlines in a global cartel to fix prices on air cargo shipments. As lead counsel for non-U.S. claims against a group of international airlines for fixing prices on air freight shipping, the firm has already obtained an $85 million settlement with Lufthansa for shipments within, to and from the United States. The settlement will result in thousands of European businesses recovering damages.

The firm also represents thousands of travelers who paid fuel surcharges to BA and Virgin Atlantic on flights to and from the UK. Both airlines have admitted they illegally fixed these charges. The principal beneficiaries will be European consumers and businesses.

In July 2009 Hausfeld & Co commenced proceedings against industry giants Shell and Exxon Mobil for their involvement in the paraffin wax price fixing cartel. The cartel took place throughout Europe for a period of 13 years between 1992 and 2005 and involved seven other major producers of paraffin wax.

The firm was the only claimants' firm to appear before the European Commission on behalf of European consumers in the Microsoft matter.

**HAUSFELD**LLP

Also in July, Hausfeld & Co. commenced proceedings against Dunlop Oil & Marine Limited for its involvement in the marine hose cartel. The cartel took place during the period from at least 1986 to 2007 and involved five other leading manufacturers of marine hose, all of whom conspired to fix, raise, maintain or stabilize the prices of the rubber hose which is used to transfer oil between storage facilities and/or buoys. Previously, the firm successfully negotiated a settlement with one of the marine hose cartelists, Parker.

Cartel Key

The EU estimates that the actions of illegal cartels cost businesses €2-3bn every year. Companies that suffer losses from cartel price-fixing and other anti-competitive practices deserve compensation but are sometimes deterred from action by the costs of litigation.  To overcome this obstacle, Hausfeld LLP's London affiliate Hausfeld & Co. has created an innovative insurance and funding mechanism called Cartel Key.

Cartel Key provides access to cartel compensation in the UK at minimal risk for claimants.

How Cartel Key works:
1. The firm focuses on cartel cases where a competition authority or court has already found the cartelists to be liable (or even guilty under criminal law) or is highly likely to do so.
2. The firm uses this decision as the basis for "follow on" collective claims by groups of victims in national courts in the EU; these courts must apply the decision and find the cartelists liable.
3. The firm works with expert economists and forensic accountants to establish that the cartelists' illegal behavior caused quantifiable losses to victims.
4. The firm's clients commit to stand and fight together to maximize recovery for all on settlement or by a judgment of the court.
5. The firm works with FirstAssist Legal Protection, one of the UK's leading providers of Before- and After-the-Event legal expenses insurance ("BTE" and "ATE") to create a unique package that minimizes the financial risks of seeking compensation. The firm combines FirstAssist's ATE insurance with the provision of our legal services on a "success only" fee basis under well-established English law rules.  Hausfeld & Co. will only be paid if its clients win the case. Litigants pay the insurance premium only at the end of the case, and then only if the case succeeds.

Hausfeld & Co. and FirstAssist will together assess each cartel in determining the terms of the insurance. The firm will only advises clients to proceed with a claim that its attorneys think has very good prospects of success and where they believe that the insurance in place is sufficient to cover the risks that may arise in bringing the claim.

Cartel Key so far has been a valuable insurance solution for the firm's clients.  It has allowed numerous companies to seek compensation in major actions, including cases brought this summer by Hausfeld against paraffin wax and marine hose cartelists.



Hausfeld & Co LLP Attorneys

**Anthony Maton**

Anthony Maton is a partner specializing in competition and financial services litigation. He has extensive experience in complex international dispute resolution, including litigation, arbitration and mediation in a number of different jurisdictions. He has acted for Governments in regulatory investigations, for multinationals and for private business, and has worked in the USA and extensively throughout Europe, the Middle East and the Gulf.

Mr. Maton is a Solicitor with over 15 years experience, having been a partner in McGrigors and an associate at Slaughter & May. He is a member of the Chartered Institute of Arbitrators (he arbitrated under many rules including the LCIA, ICC and LME), an accredited Mediator and former Secretary and present Committee Member of the London Solicitors Litigation Association.

His recent experience includes acting in the Air Passenger settlement against BA/ Virgin, acting against BA in the London arm of the global air cargo cartel litigation being run by Hausfeld, and acting on the Parker Settlement in the Marine Hose cartel.

He has an Honors Degree in Modern History from the University of Oxford and has regularly spoken at conferences and seminars in the UK and abroad.

**Ingrid Gubbay**

Ingrid Gubbay is a consultant with Hausfeld & Co LLP in London. She practices antitrust, consumer and human rights law. Prior to joining Hausfeld & Co, Ms. Gubbay was the Principal Campaigns Lawyer for the largest consumer association in Europe, Which? Ltd. Last year in the case of JJB Sports v Consumer Association, Ms. Gubbay bought the UK's first antitrust representative action for damages on behalf of consumers (direct purchasers) under new statutory powers granted to Which? Ltd. by the Secretary of State.

Ms. Gubbay has an extensive background in bringing test cases involving collective actions in the UK and in Australia, where she was head of consumer litigation for the Legal Aid Commission (NSW). Ms Gubbay has written and presented on private enforcement for damages in antitrust law, and has lectured at the Universities of NSW and Essex UK in tort, administrative and international human rights law.

She is a member of the British Institute of Advanced Comparative law (BIICL) and sits on the comparative law working party of the UK Civil Justice Council, which is responsible for advising Government on civil procedural reform in the UK.

Education
- Advanced international Human Rights Law: LSE (2005)
- EU Law : Kings College London (2004)
- LLB, (Dist) University of NSW, 1994
- B.A.(Dist)  University of NSW, Australia

- currently undertaking a PHD (research) at Queen Mary University London

Affiliations & Honors
- Awarded 'Most Outstanding Achievement in 30 years' : Legal aid Commission  (NSW) 30th Anniversary 2009
- Third place UK 'In House Lawyer' : The Lawyer awards 2007
- EU Competition Group : Law Society UK
- Solicitors International Human Rights Group (SIHG):  Law Society UK

Publications
- Co-authored the UK Civil Justice Council's Report on UK Collective actions
- Articles in the *Consumer Policy Review UK*, *Global Competition Review*, *Global Competition Insight*

**Nicola Boyle**

Nicola Boyle is an associate at Hausfeld & Co LLP in London. She joined the firm in October 2009 and is currently assisting on a number of competition, consumer and financial service complaints, seeking recovery on behalf of both businesses and individuals.

Ms. Boyle previously worked on the dispute resolution team at McGrigors. She has represented multi-nationals, private businesses, and individual claimants in a wide range of complex disputes in the financial services and energy sectors.  She is experienced in methods of alternative disputes resolution, having successfully resolved a number of complex multi-party disputes outside of the courts.  She has advised on a number of regulatory investigations and judicial review proceedings. She has also taught an undergraduate course in European law at the University of Birmingham.

Education
- University of Birmingham, LLM (focusing on E.U. environmental law)
- University of Birmingham, LLB (Honors)
- University of Birmingham, B.A.

**Scott Campbell**

Scott Campbell is an associate focusing on UK and European claimant and complainant competition matters. He joined in May 2007 from the London office of Latham & Watkins, where his practice focused on merger control, regulatory and defendant competition matters.

To date, Mr. Campbell has experience of matters relating to the transport, energy, media and technology, pharmaceuticals, financial services, telecommunications and retail sectors.

Within these sectors, he has:
- Acted on behalf of claimants in the High Court relating to a competition law-based claim.
- Initiated and defended competition complaints before the OFT, the European Commission, and regulators.

HAUSFELD LLP

- Acted for defendant clients in the context of OFT and UK Competition Commission competition investigations (such as Storecards and PPI).
- Assisted with large-scale, multi-jurisdictional merger control filings involving, among others, the European Commission (for example Bayer/Schering and Adidas/Reebok).

Education
- Postgraduate Diploma in EC Competition Law from King's College London
- M.Lit in Modern Historical Studies from the University of St Andrews
- M.A. (Hons) in Modern History from the University of St Andrews

Affiliations & Honors
- Quarterly contributor to the *Global Competition Litigation Review*

Publications
- *Recent Developments in the Civil Remedies Available in England and Wales in Respect of Breaches of EC Competition Law*, 2008 1 GCLR
- Co-author of the American Antitrust Institute's guide to competition litigation in England and Wales
- Co-author of the England and Wales section of *Getting the Deal Through - Private Antitrust Litigation 2010*

**Lianne Craig**

Lianne Craig is a Partner at Hausfeld & Co LLP in London. She advises on complex dispute resolution across a range of sectors, with particular expertise in financial services. Much of her caseload is international or multi-jurisdictional in nature, with her experience spanning cases which have gone to full trial, to applications for injunctive or other interlocutory relief, usually in the Chancery Division or Commercial Court of the High Court in England and Wales. She is also experienced in arbitration and mediation.

Ms. Craig has acted for financial institutions, multinational corporations, private equity and hedge fund investors and private individuals. She was involved in a number of heavyweight cases arising from the collapse of Lehman Brothers and has advised on issues such as mis-selling of investments, bondholder disputes, and claims arising out of loan, structured finance and derivatives transactions, in addition to a case involving large scale fraud perpetrated on the London Metal Exchange.

Prior to joining the firm, Ms. Craig was a Senior Associate at Weil, Gotshal & Manges, before which she trained and qualified at Clifford Chance LLP.

Ms. Craig has a strong commitment to human rights and to pro bono work. She has worked pro bono for clients ranging from private individuals to UK charities and international NGOs.

She is a graduate of the University of Aberdeen (First Class LLB (Hons) with Belgian Law) and is fluent in Spanish, as well as speaking French to an advanced level.

HAUSFELDLLP

Education
- University of Aberdeen - LLB (Honours) with Belgian Law – First Class Honours
- Universite Libre de Bruxelles - Diplome en Droit Belge (Diploma in Belgian Law)
- College of Law – Legal Practice Course (LPC) – Distinction

Affiliations and Honours
- Society of Scottish Lawyers in London

Publications
- Interviews in Metropolitan Corporate Counsel - "Europe looks at Collective Redress" and "Collective Redress across the Pond"
- The Lawyer - "Balancing the Redress"

HAUSFELD LLP

**Annex 5** – **Recent Publications**

"Giving Electronic Discovery a Chance to Grow Up." By Megan E. Jones. *The National Law Journal*. December 14, 2009.

"Liberalizing Rule 27 in the Twombly/Iqbal Era." By James J. Pizzirusso.  *Law360*.  November 11, 2009.

"Twombly, Iqbal And the Prisoner's Pleading Dilemma." By Michael D. Hausfeld, Michael P. Lehmann, and Spencer Jenkins.  *Law360*.  October 20, 2009.

"Competition Law Claims: A Developing Story." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2009.

"Global Enforcement of Anticompetitive Conduct." By Michael D. Hausfeld. *The Sedona Conference Journal*. Fall 2009.

"Observations from the Field: ACPERA's First Five Years." By Michael D. Hausfeld, Michael P. Lehmann, and Megan E. Jones. *The Sedona Conference Journal*. Fall 2009.

"The Value of ACPERA." By Michael D. Hausfeld. *CompetitionLaw 360*. June 2009.

"Chipping Away: The Misguided Trend Toward Resolving Merits Disputes as Part of the Class Certification Calculus." By Steig D. Olson. *University of San Francisco Law Review*. Spring 2009.

"Response to EU Commission Green Paper on Consumer Collective Redress." By Ingrid Gubbay and Vincent Smith. February 2009.

"Private Enforcement Claims: Are They a Risk for Consumers and Businesses?" By Ingrid Gubbay and Anthony Maton. Competition Law Insight. January 2009.

"Collective Redress for Competition Law Claims." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2008.

"Managing Multi-District Litigation." By Michael D. Hausfeld and Michael P. Lehmann. *Antitrust Review of the Americas*. September 2008.

"A Victim's Culture." By Michael D. Hausfeld and Andrea Hertzfeld. *European Business Law Review*. December 2007.

Links to most of the above publications can be found at www.HausfeldLLP.com.

HAUSFELD LLP

**Annex 6** – **Offices**

Washington, DC

202.540.7200 ph
202.540.7201 fax
1700 K Street, NW Suite 650
Washington, DC 20006

San Francisco

415.633.1908 ph
415.358.4980 fax
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Philadelphia

215.985.3270 ph
215. 985.3271 fax
1604 Locust St, 2nd floor
Philadelphia, PA 19103

Hausfeld & Co. LLP - London

(00 44) 20 7665 5000 ph
(00 44) 20 7665 5001 fax
12 Gough Square
London
EC4A 3DW

For more information about the firm please visit www.HausfeldLLP.com.