1  DAVID H. KRAMER, State Bar No. 168452
   BART E. VOLKMER, State Bar No. 223732
2  JACOB T. VELTMAN, State Bar No. 247597
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   dkramer@wsgr.com
6
   *Attorneys for Defendant Dropbox, Inc.*
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 JOSHUA KAIROFF, on behalf of himself and all  )  Case No. 11-cv-02508-PJH
   others similarly situated,                    )
14                                               )  **DEFENDANT DROPBOX, INC.'S**
                  Plaintiff,                     )  **STATEMENT OF NON-**
15                                               )  **OPPOSITION TO PLAINTIFF**
        v.                                       )  **KAIROFF'S MOTION FOR**
16                                               )  **APPOINTMENT OF INTERIM CO-**
   DROPBOX, INC., a Delaware corporation,        )  **LEAD COUNSEL**
17                                               )
                  Defendant.                     )
18                                               )
                                                 )
19

## NON-OPPOSITION

Dropbox, Inc. ("Dropbox") submits this statement of non-opposition to Plaintiff Joshua Kairoff's ("Kairoff") motion to appoint interim co-lead counsel under Fed. R. Civ. 23(g)(3). *See* Docket Nos. 19, 20, 21. While Dropbox does not oppose or endorse Kairoff's motion, it reserves the right to challenge all of the factual statements, legal conclusions, and characterizations of the qualifications of counsel made in the motion. Dropbox also reserves the right to challenge the application of any attorney or group of attorneys to be appointed to fulfill duties beyond that of interim counsel. Dropbox will respond to factual distortions contained in Kairoff's Rule 23(g) motion when litigating the merits of this action.

DATED: July 1, 2011                    Respectfully submitted,

                                       WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation


                                       By: */s/* Bart E. Volkmer
                                            Bart E. Volkmer

                                       *Attorneys for Defendant Dropbox, Inc.*