DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES J. PIZZIRUSSO (pro hac vice)
  jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC  20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

[Additional counsel listed on signature pages]

Attorneys for Plaintiff Joshua Kairoff and All
Others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSHUA KAIROFF, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV-11-2508-PJH<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO CONDUCT RULE 26(F) CONFERENCE, EXTEND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, AND EXTEND CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-2]**<br><br>AS MODIFIED BY THE COURT |

Plaintiff JOSHUA KAIROFF ("PLAINTIFF") and Defendant DROPBOX, INC. ("DEFENDANT") hereby enter the following Joint Stipulation and [Proposed] Order to Extend Time to Conduct Rule 26(f) Conference, Extend Hearing Date on Defendant's Motion to Dismiss, and Extend Case Management Conference pursuant to Local Rule 6-2 in the above-captioned proceeding:

WHEREAS on June 21, 2011, the Court entered its Order Setting Case Management Conference for September 8, 2011 at 2:00 p.m. (Docket No. 23);

WHEREAS on July 18, 2011, DEFENDANT filed a Motion to Dismiss, which was calendared to be heard on August 24, 2011 9:00 a.m. (Docket No. 26);

WHEREAS Counsel for PLAINTIFF has a conflict with the August 24, 2011 Motion to Dismiss hearing date;

WHEREAS Counsel for PLAINTIFF and DEFENDANT met and conferred at the first available time on August 12, 2011 to discuss the ADR stipulation and these scheduling conflicts;

WHHEREAS there have been no previous modifications of time in this case; and

WHEREAS the parties do not believe that this schedule change would have any impact on the case going forward;

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The parties will meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c) on or before August 26, 2011;

2. Defendant's Motion to Dismiss will heard on ~~September 7, 2011~~ October 5, 2011; and

3. The Case Management Conference will occur on ~~September 22, 2011~~ November 17, 2011.

**IT IS SO STIPULATED**

DATED: August 12, 2011

By: _____/s/_____
DANIEL L. WARSHAW

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswplaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JAMES J. PIZZIRUSSO (pro hac vice)
jpizzirusso@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC  20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433 9000
Facsimile:  (415) 433 9008

MICHAEL P. LEHMANN (Bar No. 77152)
mlehmann@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
Telephone: (415) 633-1908
Facsimile:  (415) 693-0770

*Attorneys for Plaintiff Joshua Kairoff and All Others*
*Similarly Situated*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONDUCT RULE 26(F)
CONFERENCE, EXTEND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, AND EXTEND
CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-2]                    CV-11-2508-PJH

DATED:  August 12, 2011


By:    _____/s/_____
                    DAVID H. KRAMER

DAVID H. KRAMER (Bar No. 168452)
dkramer@wsgr.com
BART E. VOLKMER (Bar No. 223732)
bvolkmer@wsgr.com
JACOB T. VELTMAN (Bar No. 247597)
jveltman@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100

*Attorneys for Defendant Dropbox, Inc.*


### FILER'S ATTESTATION

I, Daniel L. Warshaw, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that David H. Kramer concurs in this filing.

DATED: August 12, 2011


By:    _____/s/_____
                    DANIEL L. WARSHAW


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   ___8/19/11_____          _____
                                         HONORABLE PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONDUCT RULE 26(f)
CONFERENCE, EXTEND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS, AND EXTEND
CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-2]                          CV-11-2508-PJH