DAVID H. KRAMER, SBN 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com

*Attorneys for Defendant Dropbox, Inc.*

DANIEL L. WARSHAW, SBN 185365
PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswplaw.com

*Attorneys for Plaintiff Joshua Kairoff and All Others Similarly Situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA KAIROFF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>Defendant. | Case No. 11-cv-02508-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR DROPBOX, INC.'S MOTION TO DISMISS**<br><br>Current Hearing Date: 11/30/2011 |

1  The parties through their undersigned counsel hereby request a continuance of the hearing
2  date on defendant Dropbox, Inc.'s Motion to Dismiss, from November 30, 2011 to December 14,
3  2011, or to a later date on which the Court is available.  There have been no prior requests for a
4  continuance of this matter.

6  Dated:  November 23, 2011          WILSON SONSINI GOODRICH & ROSATI
                                                            Professional Corporation

9                                                  By:     */s/ David H. Kramer*
                                                            David H. Kramer
10                                                          Attorneys for Defendant Dropbox, Inc.

13 Dated:  November 23, 2011          PEARSON, SIMON, WARSHAW & PENNY, LLP

16                                                  By:     */s/ Daniel L. Warshaw*
                                                            Daniel L. Warshaw
17                                                          Attorneys for Plaintiff Joshua Kairoff

20      IT IS HEREBY ORDERED THAT the hearing on Dropbox's Motion to Dismiss is
21  continued from November 30, 2011 until  December 14, 2011      .

                                                    _____
24                                                  United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION RE: HEARING DATE                         -1-
CASE NO. 11-CV-02508-PJH

**CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Hearing Date.  In compliance with General Order 45.X.B, I hereby attest that Daniel L. Warshaw has concurred in this filing.

DATED:  November 23, 2011         WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By:      /s/ David H. Kramer
                                      David H. Kramer
                                      Attorneys for Defendant Dropbox, Inc.